# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| SELF-INSURED SCHOOLS OF CALIFORNIA, 1199SEIU GREATER NEW YORK BENEFIT FUND, 1199SEIU NATIONAL BENEFIT FUND, LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA AND HMO LOUISIANA, INC., 1199SEIU NATIONAL BENEFIT FUND FOR HOME CARE WORKERS, SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, 1199SEIU LICENSED PRACTICAL NURSES WELFARE FUND, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN *Plaintiff(s)* v. ACTAVIS ELIZABETH LLC, ACTAVIS HOLDCO U.S., INC., ACTAVIS PHARMA, INC., AKORN INC., AKORN SALES, INC., ALVOGEN INC., AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS, LLC, APOTEX CORP., ASCEND LABORATORIES, LLC, AUROBINDO PHARMA USA, INC., BARR PHARMACEUTICALS, LLC, BAUSCH HEALTH AMERICAS, INC., BAUSCH HEATLH US LLC, BRECKENRIDGE PHARMACEUTICALS, INC., CAMBER PHARMACEUTICALS INC., CITRON PHARMA LLC, DAVA PHARMACEUTICALS, LLC, DR. REDDY'S LABORATORIES INC., EPIC PHARMA LLC, FOUGERA PHARMACEUTICALS INC., G&W LABORATORIES, INC., GENERICS BIDCO I, LLC, GLENMARK PHARMACEUTICALS, INC., GREENSTONE LLC, HERITAGE PHARMACEUTICALS, INC., HI-TECH PHARMACAL CO., INC., HIKMA LABS, INC., HIKMA PHARMACEUTICALS USA, INC., IMPAX LABORATORIES, LLC, JUBILANT CADISTA PHARMACEUTICALS, INC., LANNETT COMPANY, INC., LUPIN PHARMACEUTICALS, INC., MALLINCKRODT INC., MAYNE PHARMA INC., MORTON GROVE PHARMACEUTICALS, INC., MUTUAL PHARMACEUTICAL COMPANY, INC., MYLAN INC., MYLAN PHARMACEUTICALS, INC., OCEANSIDE PHARMACEUTICALS, INC., PAR PHARMACEUTICAL INC., PERRIGO NEW YORK, INC., PFIZER INC., PLIVA, INC., SANDOZ, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., TARO PHARMACEUTICALS USA INC., TELIGENT INC., TEVA PHARMACEUTICALS USA INC., TORRENT PHARMA INC., UPSHER-SMITH LABORATORIES, LLC, VERSAPHARM INC., WEST-WARD COLUMBUS, INC., WEST-WARD PHARMACEUTICALS INC., WOCKHARDT USA LLC, ZYDUS PHARMACEUTICALS (USA) INC. *Defendant(s)* | | Civil Action No.   19-6011 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CAMBER PHARMACEUTICALS, INC.
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBERTA D. LIEBENBERG
FINE, KAPLAN AND BLACK
ONE SOUTH BROAD ST SUITE 2300
PHILADELPHIA, PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/20/2019                                  *[signature]*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-6011

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Camber Pharmaceuticals, Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons served on Camber Pharmaceuticals Registered Agent, Corporation Trust Co., via Federal Express on 2/4/2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/6/2020

Nancy M. Blakeslee
Server's signature

Nancy M. Blakeslee, Paralegal
Printed name and title

Fine Kaplan and Black, R.P.C.
One South Broad St., Suite 2300
Philadelphia, PA 19107
Server's address

Additional information regarding attempted service, etc: