# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| IN RE: PROPRANOLOL CASES (ALL DIRECT PURCHASER, END-PAYER, AND INDIRECT RESELLER ACTIONS) | 16-PP-27240, 16-PP-27241, 16-PP-27242, 16-PP-27243 |
| THE KROGER CO. et al. v. ACTAVIS HOLDCO U.S., INC. et al. | 18-CV-00284 |
| HUMANA INC. v. ACTAVIS ELIZABETH, LLC et al. | 18-CV-03299 |
| UNITED HEALTHCARE SERVICES, INC. v. ACTAVIS HOLDCO U.S., INC. et al. | 19-CV-00629 |
| THE STATE OF CONNECTICUT et al. v. TEVA PHARMACEUTICALS USA, INC. et al. | 19-CV-02407 |
| UNITED HEALTHCARE SERVICES, INC. v. TEVA PHARMACEUTICALS USA, INC. et al. | 19-CV-05042 |
| HUMANA INC. v. ACTAVIS ELIZABETH LLC et al. | 19-CV-04862 |
| COUNTY OF NASSAU et al. v. ACTAVIS HOLDCO U.S., INC. et al. | 20-CV-00065 |
| HEALTH CARE SERVICE CORP. v. ACTAVIS ELIZABETH, LLC et al. | 19-CV-05819 |
| MSP RECOVERY CLAIMS, SERIES LLC et al. v. ACTAVIS ELIZABETH LLC et al. | 20-CV-00231 |
| 1199SEIU NATIONAL BENEFIT FUND et al. v. ACTAVIS HOLDCO U.S., INC. et al. | 19-CV-06011 |
| RELIABLE PHARMACY et al. v. ACTAVIS HOLDCO US, INC. et al. | 19-CV-06044 |
| MOLINA HEALTHCARE, INC. v. ACTAVIS ELIZABETH, LLC et al. | 20-CV-00695 |
| CESAR CASTILLO, INC. et al.. v. ACTAVIS HOLDCO U.S., INC. et al. | 20-CV-00721 |

## DEFENDANT BRECKENRIDGE PHARMACEUTICAL, INC.'S
## SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Breckenridge

Pharmaceutical, Inc. ("Breckenridge") states that as of January 31, 2020, Breckenridge is wholly

owned by Pensa Investments, S.L., which is wholly owned by Towa Pharmaceutical Co. Ltd. ("Towa"). No publicly held corporation owns 10% or more of Towa.

|  |  |
|---|---|
| Dated: March 4, 2020 | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Stacey Anne Mahoney*<br>Stacey Anne Mahoney<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>stacey.mahoney@morganlewis.com<br><br>*Counsel for Defendant*<br>*Breckenridge Pharmaceutical, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2020, the undersigned filed the foregoing Supplemental Rule 7.1 Corporate Disclosure Statement via the Court's CM/ECF system, which sent notice to all counsel of record in each of the cases in which it is being filed.

/s/ *Victoria Peng*
Victoria Peng