# Exhibit A
# Public Version

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**DEFENDANT TRADE ASSOCIATION CONTACTS**

**ECRM Retail Pharmacy Generic Pharmaceutical Conference** - (February 8-11, 2009)



**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**GPhA 2009 Annual Meeting** – Naples, Florida (February 23-25, 2009)

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 4 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



Page 5 of 143

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**NACDS 2009 Annual Meeting** – Palm Beach, Fla. (April 18-21, 2009):

a. **Actavis**: Andrew Boyer, EVP, Commercial Operations; Paul Bisaro, President and Chief Executive Officer; Allan Slavsky, Vice President, Sales; Thomas Russillo, President, Generic Operations; Brad Blake, Business Manager; Doug Boothe, CEO; Michael Perfetto, Chief Commercial Officer; Terrence Fullem, VP Commercial Development,

b. **Amneal**: Jim Luce, EVP, Sales & Marketing; Chirag Patel, CEO & Chair;

c. **Apotex**: Buddy Bertucci, VP Institutional Sales; Sam Boulton, Director, National Accounts; Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; James Van Lieshout, VP, Trade and Industry Relations; Tammy McIntire Stefanovic, Chief Revenue Officer;

d. **Aurobindo**: Corrine Hogan, VP Sales & Marketing; Scott White, President;

e. **Barr**: Bruce Downey, Chair and CEO;

f. **Bausch + Lomb**: Jayson Berg, Director, OTC Sales - East; Jeff Distasio, Director of Sales, OTC; Janice Llewellyn, Director of Trade Sales; Jonathan Witmer, VP, OTC Sale;

g. **Camber**: Briggs Arrington, President;

h. **Dr. Reddy's**: Amit Patel, Senior Vice President & Head, North American Generics; Bill Hill, VP Sales, Rx; Satish Reddy, COO; Paula Gurz, Sr. Director, Marketing Rx & OTC;

i. **Forest**: Michael Baker, Executive Vice President, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations;

j. **Fougera:** Christopher Bihari, National Sales Director; Kian Kazemi, SVP Sales; Walt Kaczmarek, VP National Accounts (Nycomed); David Klaum, VP Commercial Operations; Lance Wyatt, Sr. Director Contracts & Logistics (Nycomed); Paul McGarty, President; Anthony Thomassey, Director, National Accounts;

k. **Greenstone**: James Cannon, GM; William Kennally, Regional President – NA; Michael Sweitzer, VP;

l. **Hi-Tech:** Ed Berrios, VP Sales & Marketing; Michael Corley, VP National Accounts; Thomas Kronovich, VP National Accounts;

m. **Impax**: Chris Mengler, President; Peter Valko, VP Sales & Marketing;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

n.   **Lupin**: Vinita Gupta, CEO (Lupin Ltd.); Robert Hoffman, EVP, US Generics; Paul Kleutghen, Executive Member, Strategic Advisory Board;

o.   **Mallinckrodt**: John Adams, SVP Commercial Operations; Michael Gunning, VP & GM Specialty Generics;

p.   **Mylan**: Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Officer; Hal Korman, EVP & COO;

q.   **Novartis**: Stephan Braun, VP Sales, National Retail Accounts; Steve Litaker, VP Customer Development; Michael Conley, VP Trade Operations and Analytics; Jeanne Bennett, VP Marketing; Frank Gibson, Customer VP – Walgreen; Charles Hough, SVP – Region Head; Robert Edwards, SVP Sales, NA Region & GM Stretch Brands; Greg Husbands, Sr. Associate Director, Trade Accounts; Stefan Merlo, Sr. Director, National Accounts; Joseph Ward, Director, Customer Development;

r.   **Par**: Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales;

s.   **Perrigo:** Sharon Kochan, Executive Vice President & GM (Perrigo Pharmaceuticals); Jim Tomshack, Senior Vice President, Sales; Jeff Needham, EVP & President Consumer Health;

t.   **Pfizer:** Lou Dallago, VP, US Trade Group; Thomas McPhillips, VP US Trade Group; David Simmons, President & GM, Emerging Markets/Established Products BUs; Walter Slijepcevich, Sr. Director, Pharmacy Development;

u.   **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; Rick Peterman, Director, Marketing; Michael Plessinger, Director of Marketing;

v.   **Sandoz**: Jeff George, CEO; Christie Gleeson, National Accounts Manager; Steven Greenstein, Director, Key Customers; Armando Kellum, Vice President, Sales & Marketing; Della Lubke, Director, National Accounts; Christine Mundkur, Sandoz US CEO; Warren Pefley, VP Sales & Marketing; Craig Salmon, President, US Operations; Richard Tremonte, President, Strategic Global Sourcing;

w.   **Sun**: GP Singh Sachdeva;

x.   **Taro**: Mitchell Blashinsky, Business Development; Jim Josway, Vice President, RX Sales; Edward Moniz, OTC Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

y.      **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Jonathan Kafer, Executive Vice President, Sales and Marketing; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; John Denman, SVP, Sales & Marketing; Timothy Catlett, SVP Sales & Marketing; David Marshall, VP Operations; Patrick McIntosh, VP Commercial Operations; Shlomo Yanai, CEO;

z.      **Upsher-Smith:** Chris Evenstad, Director, Ventures Marketing; Scott Hussey, SVP Sales; Jim Maahs, VP, Commercial Portfolio Products; Mike McBride, VP Partner Relations;

aa.     **URL:** William Everett, National Trade Account Manager; Gregory Hayer, SVP, BD and Market Access;

bb.     **VersaPharm:** Stephen McCune, Chief Sales & Marketing Officer;

cc.     **Wockhardt:** Michael Craney, President of Sales & Marketing; Habil Khorakiwala, Chair; Kurt Orlofski, President & CEO; and

dd.     **Zydus**: Joseph Renner, Chair of the Board; Karen Strelau, Executive Vice President Sales and Marketing.

**HDMA 2009 Business Partners Exchange** – (June 7-9, 2009):



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

# IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
## EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2009 Pharmacy and Technology Conference** – Boston, Mass. (August 8-11, 2009):

a.   **Actavis:** Michael Dorsey, Director National Accounts; Doug Boothe, CEO; Andy Boyer; Executive Vice President, Commercial Operations; Napoleon Clark, Vice President Marketing; Lisa Fiveash, National Account Representative; Anthony Giannone, Executive Director, Sales; Maureen Meehan, Director, National Accounts; Diane Miranda, Vice President, Distribution Services and Generic Marketing; Nimish Muzumdar, Director of Marketing; Toni Picone, Marketing Manager; Vince Rinaudo; Director, National Accounts; Gary Salter, Director National Accounts; David Schmidt, Director, National Accounts; Allan Slavsky, Vice President, Sales; Richard Rogerson, Sr. Director New Products, Business Analytics & Systems; Thomas Russillo, President, Generic Operations; Hilary Capato, Sr. Marketing Associate; Steve Cohen, VP National Accounts; Thad Demos, National Accounts Manager; Jin McCormick, VP, Rx Sales & Marketing; Lisa Pehlke, Director, Corporate Accounts;

b.   **Akorn:** John Sabat, SVP of National Accounts; M. Tranter, National Accounts Manager, Sales & Marketing; Ed Welch, Sales Representative;

c.   **Alvogen:** Jeffrey Rumler, EVP, Sales & Marketing;

d.   **Amneal:** Robert Cline, VP Supply Chain Manager; David Hardin, National Account Manager; Liz Koprowski, National Account Manager; Jim Luce, EVP, Sales & Marketing; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chair; Chintu Patel, CEO & Co-Chair; Stephen Rutledge, VP Sales;

e.   **Apotex:** Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; Jim Van Lieshout, Trade and Industry Relations; Tina Kaus,

**PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

National Accounts Director; Tom Axner, National Sales Director, Distribution; Sam Boulton, Director, National Accounts; Ellen Gettenberg, Director, Marketing; Lisa Badura, EVP Trade; Gwen Copeland, Manager National Accounts; Mark Dudick, VP National Accounts; John Flinn, VP Commercial Operations; Paul Krauthauser, SVP Commercial Operations;

f.  **Aurobindo:** Scott White, President; Corinne Hogan, VP Sales & Marketing; Geoff Rouse, Director of Sales; Patricia O'Malley, Director, Sales & Marketing Operation; Paul McMahon, Senior Director, Commercial Operations;

g.  **Bausch + Lomb:** Dean Cowen, National Account Director; Richard Cunningham, Sr. Product Manager – Multisource; Philip Gioia, President & Global API Business; Mick McCanna, National Account Manager; David Raiskin, Commercial Director Multisource; Elva Ramsaran, National Account Director; Steve Sacheli, Director, National Accounts; Gary Stapleton, VP US Sales & Marketing, Generics;

h.  **Breckenridge:** Scott Cohon, Director of Sales; Phil Goldstein, National Accounts Sales Director; Lou Dretchen, Business Development; Larry Lapila, President; Joan Lyle, Director, National Accounts; Diane Maynard, Director, Sales Administration; Anthony Mihelich, VP, Purchasing; Dave Nielsen, Director, Sales; Martin Schatz, SVP Sales;

i.  **Cadista:** Toby Bane, Manager, National Accounts; Nora Cruse, Marketing Associate; Scott Delaney, President; Lance Giordano, VP Sales & Marketing; Christine Walton, Associate Director, Rx Marketing Generics;

j.  **Camber:** Briggs Arrington, President; Brett Barczak, Director, Corporate Accounts; Megan Hinman, Manager Sales Operations; Kon Ostaficiuk, President; Laura Ricardo, Director of Corporate Accounts;

k.  **CorePharma:** Vicki Mangus, Executive Director, Sales; Scott Nemitz, VP Sales; Louis Pastor, Sr. Director, Trade Operations; Janet Penner, President Generics; Christopher Worrell, CEO;

l.  **DAVA:** Eric Basil, Sr. National Accounts Manager; Rich Franchi, VP Sales; Rick Pallokat, EVP Commercial Operations; Kim Rothofsky, Sr. Director, Trade Relations; Robert Thebeau, VP Sales & Marketing;

m.  **Dr. Reddy's:** Cindy Stevens, Director, National Accounts; Patricia Wetzel, Senior Director, National Accounts; Amit Patel, Senior Vice President & Head, North American Generics; Bob Rodowicz, Director, Institutional Sales & Marketing; Adam Bain, Sr. Marketing Associate; Paula Gurz, Sr. Director, Marketing Rx & OTC; Bill Hill, VP Sales; Srinivas Mallavarapu, Associate Director, Portfolio Management; Michael Olivi, Sr. Director National Accounts Rx; Sally Schimelpfenig, Director, Rx Marketing;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

n. **Endo:** Robert Ammon, Sr. National Account Executive; Javier Avalos, Sr. Director, Managed Markets and Trade Operations; Doug Azzalina, Director, Marketing, Generic Products; Kayla Kelnhofer, National Account Executive; Chris Neurohr, Director, National Accounts;

o. **Epic:** Thomas Scono, VP of Contracts; Ram Potti, CFO;

p. **Fougera:** Christopher Bihari, National Sales Director; Kian Kazemi, Senior Vice President, Sales; Karen Paganuzzi, Product Manager; Anthony Thomassey, Director, National Accounts; David Fink, SVP, Nycomed US & GM PharmaDerm; Stephen Haag, National Accounts Executive; Walt Kaczmarek, VP National Accounts;

q. **G&W Laboratories:** Dana Hughes, National Account Manager, Contract Manufacturing; Wayne Williams, Manager Business Development & Services; Joel Zaklin, Vice President, Sales and Marketing; Tom Faig, National Account Manager;

r. **Glenmark:** Jeff Johnson, Director, Sales & Marketing; Jessica Cangemi, Director, Sales & Marketing; Jim Brown, Vice President, Sales; Steve Goodman, Director of Marketing - Generics; Terry Coughlin, Executive Vice President and Chief Operating Officer; Paul Dutra, Executive Vice President; Terry Coughlin, EVP and COO; Steven Goodman, Director Marketing – Generics;

s. **Greenstone:** James Cannon, GM; Rick Mackenzie, National Accounts Director; Mark Mancinotti, National Accounts Director; Robert Sanderson, Director, National Accounts; Kevin Valade, National Account Director; Christine Versichele, Director of U.S. Generic Channel Strategies; Greg Williams, Director, National Accounts;

t. **Heritage:** Jason Malek, President; Jeff Glazer, Chief Executive Officer; Chip McCorkle, Director National Accounts; Erika Baylor, VP Sales & Marketing; Claudia Collom, National Account Manager;

u. **Hi-Tech:** Ed Bernios, VP, Sales and Marketing; Michael Corley, VP, National Accounts; Thomas Kronovich, VP, National Accounts; William Peters, VP and CFO; David Seltzer, Director;

v. **Impax:** William Ball, Sr. National Account Manager; Danny Darnell, Sr. National Accounts Manager; Todd Engle; Michael Grigsby, Sr. National Account Manager; Gary Skalski, Sr. Director of Sales;

w. **Lannett:** Arthur Bedrosian, President & Chief Executive Officer; Tracy DiValerio, National Account Manager; Rob Foley, Marketing Manager; Rich Matchett, Director, Sales; Jolene McGalliard, National Account Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

William Schreck, COO; Kevin Smith, Vice President, Sales & Marketing; Kevin Smith, VP Sales & Marketing;

x.  **Lupin:** Frank Aguilar, VP National Accounts; Steve Ater, Director, National Accounts; Dave Berthold, SVP, Generics; Jason Gensburger, Director, Financial Services; Vinita Gupta, CEO (Lupin Ltd.); Robert Hoffman, EVP, US Generics; Paul Kleutghen, Executive Member, Strategic Advisory Board; Edith St. Hilaire, Director of Marketing, Generics; Kelly Wise, Contracts Administrator;

y.  **Mallinckrodt:** John Adams, SVP, Commercial Operations; Steve Becker, Director of National Account; Tim Berry, National Account Manager; Victor Borelli, SVP Sales & Marketing; Chuck Bramlage, President, Pharmaceutical Products; Lisa Cardetti, National Account Manager; Ginger Collier, VP, National Accounts; Michael Gunning, VP & GM Specialty Generics; David Irwin, Director of Sales; Jason Jones, VP, Corporate Sales; Marc Montgomery, Director of Marketing; Katherine Neely, Associate Director Rx Generics; Bonnie New, National Account Manager; Chad Plumlee, National Account Manager;

z.  **Mayne:** Bryce Harvey, President, and Denise Wiesemann, SVP Operations;

aa.  **Mylan:** Joseph Duda, Director, Pricing & Contracts; Edgar Escoto, Director, National Accounts; Jon Kerr, Director, National Sales; Hal Korman, EVP & COO; Tony Mauro, Chief Commercial Officer; Kevin McElfresh, Executive Director, National Accounts; Mark Moshier, President; Jim Nesta, Head of Sales; Robert Potter, Head of Global Sales; Kriss Spors, Sr. Manager Strategic Sourcing and Launch Management; Dave Workman, Strategic Pricing and Contracts;

bb.  **Novartis:** Randy Ballard, Sr. Associate Director, National Accounts; Michael Conley, VP Trade Operations and Analytics; Greg Husbands, Sr. Associate Director, Trade Accounts; Stefan Merlo, Sr. Director, National Accounts; Alan Ryan, Director, US Advocacy and Alliance Development; Henry Slomkowski, Executive Director OBU Distribution Operations;

cc.  **Par:** Karen O'Connor, Vice President, National Accounts; Michael Altamuro, Vice President, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Michael Burton, Vice President, National Accounts; Paul Campanelli, President & CEO (Endo); Kevin Campbell, Vice President, Sales & Marketing; Rick Guillory, Vice President, National Accounts; Jon Holden, Vice President Sales; Matthew Green, Director, Product Marketing; Melissa Masterson, Sr. Director, Managed Markets; Sandra Bayer, Sr. Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Gary Larson, National Accounts Manager (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Charles Propst, Vice President (Qualitest);

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

dd.   **Perrigo:** Andrea Felix, National Account Executive; Shelly Snyder, National Account Manager; Tony Polman, National Account Manager; H. James Booydegraaff, Associate Director, Marketing; Ori Gutwerg, National Account Executive; Sharon Kochan, Executive Vice President & GM (Perrigo Pharmaceuticals); Matthew Strzeminski, National Account Executive; John Wesolowski, Executive Vice President, President Rx; Dawn Couchman, VP Rx Contracts & Sales Operations; John Shane, Rx Promotional Analyst;

ee.   **Pfizer:** Jennifer Alper, Trade Channel Manager; Lou Dallago, VP, US Trade Group; Hope Emerson, Director Acct. Mgmt.; Manley Fong, Director, Trade Account Management; Schnell Hart, Director, Trade Account Management; William Kennally, Regional President – NA; Thomas McPhillips, VP US Trade Group; Neil Potter, Director, Team Leader, Trade Channel Marketing; Walter Slijepcevich, Sr. Director, Pharmacy Development; Wesley Tanner, Director, Trade Account Management; Richard Vastola, Sr. Manager, Trade Channel Marketing; John Walsh, Director, Trade Group; Gilbert White, Director, Trade Account Manager;

ff.   **Rising:** Beth Castillo, National Accounts Manager; Ron Gold, CEO; Patricia MacBride, National Accounts Manager, Managed Markets; Kee Moore, VP Sales;

gg.   **Roxane:** Linda Antonini, National Account Director; Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; John Kline, National Account Director; Debbie Kutner, National Account Director; Rick Peterman, Director, Marketing; Michael Plessinger, Director of Marketing; Joseph Ruhmel, Vice President, Sales & Marketing; Steve Snyder, National Account Director;

hh.   **Sandoz:** Armando Kellum, Vice President, Sales & Marketing; Della Lubke, Director, National Account; Steven Greenstein, Director, Key Customers; Luis Jorge, Director of Marketing; Monika Misiuta, Director, Marketing; Christie Gleeson, National Accounts Manager; Christine Mundkur, US CEO; Warren Pefley, VP Sales & Marketing; Thomas Sammler, Head Sales & Marketing; Richard Tremonte, President, Strategic Global Sourcing;

ii.   **Sun:** Wayne Fallis, Director, National Accounts; Steven Smith, Sr. Director of Sales; Thomas Versosky, President; Amber Schuetz, Manager, Contracts and Compliance;

jj.   **Taro:** Doug Statler, Senior Director, Head of Sales; Howard Marcus, Vice President, Sales & Marketing; James Josway, Vice President, RX Sales; Scott Brick, Manager, National Accounts; Sheila Curran, Vice President, Sales Operations; Elizabeth Guerrero, Director, Corporate Accounts, Managed Care; Bill Seiden, Vice President, U.S. Sales & Marketing; Mitchell Blashinsky, Business Development;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

kk.    **Teva:** Jessica Peters, National Accounts Manager; Kevin Green, Associate Vice President, National Accounts; Madelen Renner, National Account Manager; Terri Coward, Senior Director Sales and Trade Relations; Darren Alkins, Vice President, Pricing & Contracts; Christine Baeder, SVP Customer and Marketing Operations; Maureen Cavanaugh, Chief Operating Officer NA Gx; Timothy Crew, SVP North American Generics; Robert Cunard; VP Sales; Kevin Galownia; Senior Director, Pricing; Jonathan Kafer, EVP, Sales and Marketing; Teri Mouro Sherman, Director, National Accounts; Dave Rekenthaler, VP Sales; Timothy Catlett, SVP Sales & Marketing; Patrick Faucher, VP Marketing; Patrick McIntosh, VP Commercial Operations; George Morabito, Sr. Director Sales Operations;

ll.    **Torrent:** Jim Devers, VP Sales; Kelly Gegenheimer, VP Sales; Kamesh Venugopal, President;

mm.   **Upsher-Smith:** Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Products; Mike McBride, VP Partner Relations; Michael Muzetras, Sr. National Account Manager; Dave Zitnak, National Accounts Sr. Director – Trade; Doug Zitnak, National Accounts Sr. Director – Trade; Rebekah Cavanagh, Associate Product Manager; Christine Hanson, Marketing Manager; Jim Hughes, VP Marketing; Chad Olson, Director, Generic Products;

nn.    **URL:** William Everett, National Trade Account Manager; Mark Greene, Director, National Accounts; Gregory Hayer, SVP, BD and Market Access; Mary Anne McCoy, Sr. Sales Customer Service Manager; John Elliott, Manager, Marketing; Brendan Magrab, EVP, Intell. Product; Brown Massey, Director Sales; Travis Roberts, VP Sales & Marketing;

oo.    **VersaPharm:** Joseph Leary, COO; Stephen McCune, Chief Sales & Marketing Officer;

pp.    **West-Ward:** Jason Grenfell-Gardner, Senior Vice President, Sales & Marketing; Luis Velez, Senior Director of Sales; Mark Ritchey, Vice President, Sales; Paul Markowitz, Director, National Accounts;

qq.    **Wockhardt:** Karen Andrus, Director of Sales; Michael Craney, President of Sales & Marketing; Kevin Knarr, VP Sales & Marketing; Scott Koenig, VP Sales & Marketing Generics; Bob Watson, VP National Accounts; Kurt Orlofski, CEO; and

rr.    **Zydus:** Michael Keenley, President; Ganesh Nayak, Chief Operating Officer & Executive Director; Sharvil Patel, Managing Director; Barbara Purcell, SVP U.S. Diversified Products; Karen Strelau, Executive Vice President, Sales & Marketing; Laura Short, Vice President Sales; Jack Bleau, Director of Trade; Stuart Grow, Executive Assistant to CEO; Kristy Ronco, VP Sales;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

<u>**HDMA Annual Leadership Forum**</u> (October 14, 2009)



Page 16 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE

**GPhA Board of Directors Meeting:** -Naples, Florida (February 16, 2010)

Page 17 of 143

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**ECRM Retail Pharmacy Generic Pharmaceutical Conference** - (February 15-18, 2010)



Page 18 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 19 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**GPhA 2010 Annual Meeting** – Naples, Florida (February 16-18, 2010)



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



Page 22 of 143

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**GPhA Board of Directors Meeting:** - Washington D.C. (April 16, 2010)

**HDMA 2010 Second Annual CEO Roundtable Fundraiser;** Orlando, Florida (April 17, 2010):

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2010 Annual Meeting** – (April 24, 2010):

a.   **Actavis**: Andrew Boyer, EVP, Commercial Operations; Paul Bisaro, President and Chief Executive Officer; Allan Slavsky, Vice President, Sales; Diane Miranda, VP, Distribution Services and Generic Marketing; Thomas Russillo, President, Generic Operations; Brad Blake, Business Manager; Doug Boothe; Steve Cohen, VP National Accounts; Jinping McCormick, VP Rx Sales & Marketing; Michael Perfetto, Chief Commercial Officer;

b.   **Amneal**: Jim Luce, EVP, Sales & Marketing; Chirag Patel, CEO & Chair; Stephen Rutledge;

c.   **Apotex**: Sam Boulton, Director, National Accounts; John Flinn, VP Commercial Operations; Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; James Van Lieshout, VP, Trade and Industry Relations;

d.   **Aurobindo**: Corrine Hogan, VP Sales & Marketing; Scott White, President;

e.   **Bausch + Lomb**: Jayson Berg, Director, OTC Sales - East; John Conos, Director Sales & Category Management; Janice Llewellyn, Director of Trade Sales; Jonathan Witmer, VP, OTC Sale;

f.   **Cadista**: Scott Delaney, President; Lance Giordano, VP Sales & Marketing;

g.   **Camber**: Briggs Arrington, President; Kon Ostaficiuk, President;

h.   **Dr. Reddy's**: Amit Patel, Senior Vice President & Head, North American Generics; Robert Rodowicz, Director, Institutional Sales & Marketing; John Segura, VP, Marketing & Operations; Cindy Stevens, Director, National Accounts; Patricia Wetzel, Sr. Director, National Accounts, Rx Mid-West;

i.   **Endo**: Javier Avalos, Sr. Director, Managed Markets & Trade Operations;

j.   **Forest**: Michael Baker, Executive Vice President, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

k.   **Fougera:** Walt Kaczmarek, VP National Accounts (Nycomed); David Klaum, VP Commercial Operations; Lance Wyatt, Sr. Director Contracts & Logistics (Nycomed);

l.   **Glenmark**: Paul Dutra, Executive Vice President;

m.   **Greenstone**: John Calabrese, Director of Sales; James Cannon, GM; Michael Sweitzer, VP;

n.   **Impax**: Chris Mengler, President;

o.   **Lupin**: Vinita Gupta, CEO (Lupin Ltd.); Robert Hoffman, EVP, US Generics; Paul Kleutghen, Executive Member, Strategic Advisory Board;

p.   **Mallinckrodt**: John Adams, SVP Commercial Operations; Ginger Collier, VP National Accounts; Michael Gunning, VP & GM Specialty Generics; Jason Jones, VP

q.   **Mylan**: Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Officer; Matt Erick, President, Mylan North America & Brazil; Debra O'Brien, Chief Marketing Officer; Hal Korman, EVP & COO;

r.   **Novartis**: Stephan Braun, VP Sales, National Retail Accounts; Steve Litaker, VP Customer Development; Michael Reinhardt, VP Sales; Michael Conley, VP Trade Operations and Analytics; Gregory Oakes, SVP, US Market Access, Primary Care & Established Medicines; Jeanne Bennett, VP Marketing; Frank Gibson, Customer VP – Walgreen; Charles Hough, SVP – Region Head; Henry Slomkowski, Executive Director, OBU Distribution Operations;

s.   **Par**: Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Pat Lepore, Chair & CEO;

t.   **Perrigo:** Sharon Kochan, Executive Vice President & GM (Perrigo Pharmaceuticals);   Jim Tomshack, Senior Vice President, Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Executive Vice President, President Rx; Thomas Hernquist, President/CEO; Paul Manning, President; Jeff Needham, EVP & President Consumer Health; Joseph Papa, Chair and CEO;

u.   **Pfizer:** Lou Dallago, VP, US Trade Group; Hope Emerson, Director Acct. Mgmt; William Kennally, Regional President – NA; Thomas McPhillips, VP US Trade Group; David Simmons, President & GM, Emerging Markets/Established Products BUs; Walter Slijepcevich, Sr. Director, Pharmacy Development;

v.   **Qualitest**: Marvin Samson, Chair & CEO;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

w.  **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; Michael Plessinger, Director of Marketing;

x.  **Sandoz**: Don DeGolyer, Chief Executive Officer & Board Director; Jeff George, CEO; Steven Greenstein, Director, Key Customers; Armando Kellum, Vice President, Sales & Marketing; Paul Krauthauser, Senior Vice President, Commercial Operations; Della Lubke, Director, National Accounts; Chris Neurohr, Director, National Accounts; Warren Pefley, VP Sales & Marketing; Richard Tremonte, President, Strategic Global Sourcing;

y.  **Taro**: Mitchell Blashinsky, Business Development; Jim Josway, Vice President, RX Sales; Edward Moniz, OTC Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing;

z.  **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Jonathan Kafer, Executive Vice President, Sales and Marketing; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; Robert Cunard, VP Sales; John Denman, SVP, Sales & Marketing; Timothy Catlett, SVP Sales & Marketing; Michael Sine, Sr. Director, Corporate Account Group;

aa.  **Upsher-Smith:** Chris Evenstad, Director, Ventures Marketing; Jim Hughes, VP Marketing; Scott Hussey, SVP Sales; Jim Maahs, VP, Commercial Portfolio Products; Mike McBride, VP Partner Relations;

bb.  **URL:** William Everett, National Trade Account Manager; Gregory Hayer, SVP, BD and Market Access;

cc.  **Wockhardt:** Michael Craney, President of Sales & Marketing; Mark Hartman, President; and

dd.  **Zydus**: Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**HDMA 2010 Business and Leadership Conference** –Orlando, Florida (June 6-9, 2010):



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 28 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**NACDS 2010 Pharmacy and Technology Conference** – San Diego, California (August 30-31, 2010):

   a.   **Actavis:** Ara Aprahamian, Vice President, Sales & Marketing; Michael Dorsey, Director National Accounts; Doug Boothe, President Generics Division; Andy Boyer; Executive Vice President, Commercial Operations; Napoleon Clark, Vice President Marketing; Lisa Fiveash, National Account Representative; Anthony Giannone, Executive Director, Sales; Maureen Meehan, Director, National Accounts; Diane Miranda, Vice President, Distribution Services and Generic Marketing; Nimish Muzumdar, Director of Marketing; Toni Picone, Marketing Manager; Vince Rinaudo; Director, National Accounts; Gary Salter, Director National Accounts; David Schmidt, Director, National Accounts; Eric Schumacher, Director, Generic Strategic Initiatives; Allan Slavsky, Vice President, Sales;

   b.   **Alvogen:** Michael Franks, Regional VP Sales; Brian Heinzelman, Director, Business Development; Jeffrey Rumler, EVP, Sales & Marketing;

   c.   **Amneal:** David Hardin, National Account Manager; Liz Koprowski, National Account Manager; Jim Luce, EVP, Sales & Marketing; Brown Massey, Director Sales; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chair; Chintu Patel, CEO & Co-Chair; Stephen Rutledge, VP Sales; Kammi Wilson, Marketing Manager;

   d.   **Apotex:** Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; Jim Van Lieshout, Trade and Industry Relations; Tina Kaus, National Accounts Director; Tom Axner, National Sales Director, Distribution; Sam Boulton, Director, National Accounts; Ellen Gettenberg, Director, Marketing; Bob Simmons, National Director;

   e.   **Aurobindo:** Scott White, President; Corinne Hogan, VP Sales & Marketing; Geoff Rouse, Director of Sales; Patricia O'Malley, Director, Sales & Marketing Operation; Paul McMahon, Senior Director, Commercial Operations; Stuart Blake, Director, National Accounts;

   f.   **Bausch + Lomb:** Dean Cowen, National Account Director; Richard Cunningham, Sr. Product Manager – Multisource; Philip Gioia, President & Global API Business; Elva Ramsaran, National Account Director; Steve Sacheli, Director, National Accounts; Suzan Trevor, National Account Manager;

   g.   **Breckenridge:** Scott Cohon, Director of Sales; Phil Goldstein, National Accounts Sales Director; Joan Lyle, Director, National Accounts; Anthony Mihelich, VP, Purchasing; Dave Nielsen, Director, Sales; Martin Schatz, SVP Sales;

   h.   **Cadista:** Toby Bane, Manager, National Accounts; Scott Delaney, President; Mark Dudick, VP National Accounts; Neal Miller, Manager, National Accounts;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Travis Roberts, VP Marketing & Corporate Strategy; Christine Walton, Associate Director, Rx Marketing Generics;

i.    **Camber:** Briggs Arrington; Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; Megan Hinman, Manager Sales Operations; Kon Ostaficiuk, President; Laura Ricardo, Director of Corporate Accounts;

j.    **CorePharma:** Vicki Mangus, Executive Director, Sales; Scott Nemitz, VP Sales; Louis Pastor, Sr. Director, Trade Operations; Janet Penner, President Generics; Christopher Worrell, CEO;

k.    **DAVA:** Rich Franchi, VP Sales; John Klein, Chair & CEO; Lenora Klein, EVP, Sales & Marketing; Justin McManus, Sr. Director, Sales & Business Development; Rick Pallokat, EVP Commercial Operations; Kim Rothofsky, Sr. Director, Trade Relations;

l.    **Dr. Reddy's:** Cindy Stevens, Director, National Accounts; Jake Austin, VP, US Sales; John Adams, Senior Vice President, Commercial Operations; Patricia Wetzel, Senior Director, National Accounts; Amit Patel, Senior Vice President & Head, North American Generics; Bob Rodowicz, Director, Institutional Sales & Marketing; Hillary Steele, Associate Director, Marketing Communications;

m.    **Endo:** Robert Ammon, Sr. National Account Executive; Javier Avalos, Sr. Director, Managed Markets and Trade Operations; Doug Azzalina, Director, Marketing, Generic Products; John Bullock, Channel Liaison, Specialty Pharmacy; Robert Candea, VP, Specialty Generics S&M; Kayla Kelnhofer, National Account Executive;

n.    **Epic:** Thomas Scono, VP of Contracts; Patrick Berryman, SRVP and COO;

o.    **Fougera:** Christopher Bihari, National Sales Director; Kian Kazemi, Senior Vice President, Sales; Karen Paganuzzi, Product Manager; Anthony Thomassey, Director, National Accounts;

p.    **G&W Laboratories:** Kurt Orlofski, Chief Executive Officer; Jan Bell, National Account Manager, Managed Care; Jim Grauso, EVP, N.A. Commercial Operations; Joel Zaklin, Vice President, Sales and Marketing; Tom Faig, National Account Manager;

q.    **Glenmark:** Dave Irwin, Director of Sales; Jeff Johnson, Director, Sales & Marketing; Jessica Cangemi, Director, Sales & Marketing; Jim Brown, Vice President, Sales; Steve Goodman, Director of Marketing - Generics; Terry Coughlin, Executive Vice President and Chief Operating Officer; Paul Dutra, Executive Vice President;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

r.      **Greenstone:** John Calabrese, Director of Sales; James Cannon, GM; Michael Dolan, Director, Operations & Business Development; Andrew Falocco, Account Manager; Lori La Mattina, Sales Operations Manager; Rick Mackenzie, National Accounts Director; Mark Mancinotti, National Accounts Director; Jill Nailor, Sr. Director Sales and National Accounts; Sarah Panella, Rebate Manager; Robert Sanderson, Director, National Accounts; Kevin Valade, National Account Director; Joanne Van Deusen, Manager; Christine Versichele, Director of U.S. Generic Channel Strategies; Greg Williams, Director, National Accounts;

s.      **Heritage:** Jason Malek, President; Jeff Glazer, Chief Executive Officer; Matt Edelson, Senior Director of Sales; Chip McCorkle, Director National Accounts;

t.      **Hi-Tech:** Ed Bernios, VP, Sales and Marketing; Michael Corley, VP, National Accounts; Thomas Kronovich, VP, National Accounts; David Seltzer, Director;

u.      **Impax:** William Ball, Sr. National Account Manager; Danny Darnell, Sr. National Accounts Manager; Todd Engle; Michael Grigsby, Sr. National Account Manager; Gary Skalski, Sr. Director of Sales;

v.      **Lannett:** Arthur Bedrosian, President & Chief Executive Officer; Tracy DiValerio, National Account Manager; Rich Matchett, Director, Sales; Jolene McGalliard, National Account Manager; Dwight Nix, Director, National Accounts; Kevin Smith, Vice President, Sales & Marketing;

w.      **Lupin:** Frank Aguilar, VP National Accounts; Steve Ater, Director, National Accounts; David Bailey, Director, Trade Relations; Dave Berthold, SVP, Generics; Jason Gensburger, Director, Financial Services; Vinita Gupta, CEO (Lupin Ltd.); Robert Hoffman, EVP, US Generics; Paul Kleutghen, Executive Member, Strategic Advisory Board; Paul McGarty, President; Mickey Proctor, SVP, Sales & Managing;

x.      **Mallinckrodt:** John Adams, SVP, Commercial Operations; Steve Becker, Director of National Account; Tim Berry, National Account Manager; Victor Borelli, SVP Sales & Marketing; Chuck Bramlage, President, Pharmaceutical Products; Lisa Cardetti, National Account Manager; Ginger Collier, VP, National Accounts; Michael Gunning, VP & GM Specialty Generics; Jason Jones, VP, Corporate Sales; Marc Montgomery, Director of Marketing; Katherine Neely, Associate Director Rx Generics; Bonnie New, National Account Manager; Chad Plumlee, National Account Manager;

y.      **Mylan:** Danielle Barill, Key Account Manager; J. Mark Bover, Senior Director, Pricing & Contracts; Joseph Duda, Director, Pricing & Contracts; Matt Erick, President, Mylan North America & Brazil; Edgar Escoto, Director, National Accounts; Jon Kerr, Director, National Sales; Dan King, Director, National Accounts; Kevin McElfresh, Executive Director, National Accounts; Dave Workman, Strategic Pricing and Contracts;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

z.    **Novartis:** Randy Ballard, Sr. Associate Director, National Accounts; Michael Conley, VP Trade Operations and Analytics; Alan Ryan, Director, US Advocacy and Alliance Development; Robin Selsor, Associate Director, National Accounts; Henry Slomkowski, Executive Director OBU Distribution Operations;

aa.   **Par:** Karen O'Connor, Vice President, National Accounts; Michael Altamuro, Vice President, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Michael Burton, Vice President, National Accounts; Paul Campanelli, President & CEO (Endo); Kevin Campbell, Vice President, Sales & Marketing; Rick Guillory, Vice President, National Accounts; Jon Holden, Vice President Sales; Sandra Bayer, Sr. Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Gary Larson, National Accounts Manager (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Charles Propst, Vice President (Qualitest);

bb.   **Perrigo:** Andrea Felix, National Account Executive; Shelly Snyder, National Account Manager; Tony Polman, National Account Manager; H. James Booydegraaff, Associate Director, Marketing; Ori Gutwerg, National Account Executive; Sharon Kochan, Executive Vice President & GM (Perrigo Pharmaceuticals); Matthew Strzeminski, National Account Executive; John Wesolowski, Executive Vice President, President Rx;

cc.   **Pfizer:** Robert Costa, Director; Lou Dallago, VP, US Trade Group; Amy Durei, Director, Trade Channel Management; Hope Emerson, Director Acct. Mgmt; Manley Fong, Director, Trade Account Management; Schnell Hart, Director, Trade Account Management; Thomas McPhillips, VP US Trade Group; Neil Potter, Director, Team Leader, Trade Channel Marketing; Tracy Salas, Associate Manager; Matt Schroeder, Sr. Manager, Trade Channel Management; David Searle, Director, Pharmacy Development; Walter Slijepcevich, Sr. Director, Pharmacy Development; Wesley Tanner, Director, Trade Account Management; Richard Vastola, Sr. Manager, Trade Channel Marketing; John Walsh, Director, Trade Group; Gilbert White, Director, Trade Account Manager;

dd.   **Rising:** Beth Castillo, National Accounts Manager; Ron Gold, CEO; Patricia MacBride, National Accounts Manager, Managed Markets; Kee Moore, VP Sales;

ee.   **Roxane:** Mark Boudreau, Executive Director, Sales; John Kline, National Account Director; Debbie Kutner, National Account Director; Chris Ludgis, Contract Operations Manager; Rick Peterman, Director, Marketing; Joseph Ruhmel, Vice President, Sales & Marketing; Steven Simone, Product Manager; Steve Snyder, National Account Director; Beth Usrey, Product Manager; Mark Zampella, Sales Manager;

ff.   **Sandoz:** Armando Kellum, Vice President, Sales & Marketing; Della Lubke, Director, National Account; Steven Greenstein, Director, Key Customers; Luis Jorge, Director of Marketing; Monika Misiuta, Director, Marketing; Chris

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Neurohr, Director, National Accounts; Dave Picard, SVP, Global Generic Pharmaceuticals;

gg.   **Sun:** Wayne Fallis, Director, National Accounts; Steven Smith, Sr. Director of Sales; Thomas Versosky, President;

hh.   **Taro:** Doug Statler, Senior Director, Head of Sales; Howard Marcus, Vice President, Sales & Marketing; James Josway, Vice President, RX Sales; Scott Brick, Manager, National Accounts; Sheila Curran, Vice President, Sales Operations; Elizabeth Guerrero, Director, Corporate Accounts, Managed Care; Bill Seiden, Vice President, U.S. Sales & Marketing;

ii.   **Teva:** Jessica Peters, National Accounts Manager; Kevin Green, Associate Vice President, National Accounts; Madelen Renner, National Account Manager; Terri Coward, Senior Director Sales and Trade Relations; Darren Alkins, Vice President, Pricing & Contracts; Christine Baeder, SVP Customer and Marketing Operations; Maureen Cavanaugh, Chief Operating Officer NA Gx; Timothy Crew, SVP North American Generics; Robert Cunard; VP Sales; Kevin Galownia; Senior Director, Pricing; Jonathan Kafer, EVP, Sales and Marketing; Teri Mouro Sherman, Director, National Accounts; Dave Rekenthaler, VP Sales; Michael Sine, Sr. Director, Corporate Account Group;

jj.   **Torrent:** Jim Devers, VP Sales; Kelly Gegenheimer, VP Sales; Kamesh Venugopal, President;

kk.   **Upsher-Smith:** Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Products; Mike McBride, VP Partner Relations; Michael Muzetras, Sr. National Account Manager; Beth Pannier, Sr. National Account Manager; Dave Zitnak, National Accounts Sr. Director – Trade; Doug Zitnak, National Accounts Sr. Director – Trade;

ll.   **URL:** William Everett, National Trade Account Manager; Mark Greene, Director, National Accounts; Gregory Hayer, SVP, BD and Market Access; Mary Anne McCoy, Sr. Sales Customer Service Manager;

mm.   **VersaPharm:** Joseph Leary, COO; Stephen McCune, Chief Sales & Marketing Officer; Carl Merideth, VP Marketing and Clinical Pharmacology; Grace Wilks, Director of Managed Markets;

nn.   **West-Ward:** Jason Grenfell-Gardner, Senior Vice President, Sales & Marketing; Luis Velez, Senior Director of Sales; Mark Ritchey, Vice President, Sales; Paul Markowitz, Director, National Accounts; Tariq Al Tayeb, Manager, Sales & Marketing; Brian Hoffman, VP Business Development;

oo.   **Wockhardt:** Karen Andrus, Director of Sales; Michael Craney, President of Sales & Marketing; Sunil Khera, President – The Americas, Japan & Emerging

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE

Markets; Kevin Knarr, VP Sales & Marketing; Scott Koenig, VP Sales & Marketing Generics; Bob Watson, VP National Accounts; and

pp.     **Zydus:** Michael Keenley, President; Ganesh Nayak, Chief Operating Officer & Executive Director; Sharvil Patel, Managing Director; Barbara Purcell, SVP U.S. Diversified Products; Karen Strelau, Executive Vice President, Sales & Marketing; Laura Short, Vice President Sales.

**GPhA Board of Directors Meeting:** - Washington D.C. (September 28, 2010)

**HDMA AMP Implementation Workshop** - (November 4, 2010)

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



**GPhA 2011 Annual Meeting** –Orlando, Florida (February 16-18, 2011)

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**ECRM Retail Pharmacy Generic Pharmaceutical Conference** – Champions Gate, Florida (March 6-10, 2011)



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 39 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 40 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2011 Annual Meeting** –Scottsdale, Arizona (April 30-May 3, 2011):

a.   **Actavis**: Andrew Boyer, EVP, Commercial Operations; Sigurdur Olafsson, President, Chief Executive Officer; Paul Bisaro, President and Chief Executive Officer; Allan Slavsky, Vice President, Sales;

b.   **Amneal**: Jim Luce, EVP, Sales & Marketing; Chirag Patel, CEO & Chair; Stephen Rutledge;

c.   **Apotex**: Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Lyndon Johnson, Senior Vice President, Sales and Marketing; Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales;

d.   **Aurobindo**: Corrine Hogan, VP Sales & Marketing; Scott White, President;

e.   **Bausch + Lomb**: John Conos, Director Sales & Category Management; Joseph Gordon; President, Consumer Health + Vision Care; Melissa Kiewe, Director, Customer Marketing;

f.   **Cadista**: Scott Delaney, President; Mark Dudick, VP National Accounts;

g.   **Camber**: Brett Barczak, Director, Corporate Accounts; Kon Ostaficiuk, President;

h.   **Dr. Reddy's**: Amit Patel, Senior Vice President & Head, North American Generics; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations; Gary Benedict, Executive Vice President; Satish Reddy, Chief Operating Officer;

i.   **Endo**: Javier Avalos, Sr. Director, Managed Markets & Trade Operations; Kayla Kelnhofer, National Account Executive;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

j.  **Forest**: Michael Baker, Executive Vice President, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations;

k.  **Fougera:** Steve Andrzejewski, CEO; Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts;

l.  **Glenmark**: Paul Dutra, Executive Vice President;

m.  **Lupin**: Dave Berthold, SVP, Generics; Vinita Gupta, CEO (Lupin Ltd.); Robert Hoffman, EVP, US Generics; Paul Kleutghen, Executive Member, Strategic Advisory Board; Paul McGarty, President;

n.  **Mallinckrodt**: Victor Borelli, SVP Sales & Marketing; Ginger Collier, VP National Accounts; Jason Jones, VP Corporate Sales; Jane Williams, VP Sales;

o.  **Novartis**: Stephan Braun, VP Sales, National Retail Accounts; Roger Gravitte, COO; Steve Litaker, VP Customer Development; Brian McNamara, Region Head, Europe and Americas; Michael Reinhardt, VP Sales; Robert Waldvogel, Director, Customer Supply Chain, US; Mark Blazejewski, Director, Pharmacy Customer Marketing; Michael Conley, VP Trade Operations and Analytics; Gregory Oakes, SVP, US Market Access, Primary Care & Established Medicines; Alan Ryan, Director, US Advocacy and Alliance Development; Richard Smith, Director, Customer Segment Marketing;

p.  **Mylan**: Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Officer; Matt Erick, President, Mylan North America & Brazil; Debra O'Brien, Chief Marketing Officer; Lloyd Sanders; Chief Operating Officer;

q.  **Par**: Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales;

r.  **Perrigo:** Sharon Kochan, Executive Vice President & GM (Perrigo Pharmaceuticals); Richard McWilliams, Senior Vice President & General Manager; Jim Tomshack, Senior Vice President, Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Executive Vice President, President Rx; Philip Willis, Innovation and Marketing Strategy; Chris Neurohr; Director, National Accounts;

s.  **Pfizer**: Albert Bourla, COO; Lou Dallago, VP, US Trade Group; Hope Emerson, Director Acct. Mgmt; William McPhillips, VP US Trade Group; Thomas McPhillips, VP US Trade Group; Walter Slijepcevich, Sr. Director, Pharmacy Development;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

t.   **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; Rick Peterman, Director, Marketing; Michael Plessinger, Director of Marketing;

u.   **Sandoz**: Don DeGolyer, Chief Executive Officer & Board Director; Jeff George, CEO; Steven Greenstein, Director, Key Customers; Armando Kellum, Vice President, Sales & Marketing; Paul Krauthauser, Senior Vice President, Commercial Operations; Della Lubke, Director, National Accounts;

v.   **Taro**: Jim Kedrowski, Interim CEO; Mitchell Blashinsky, Business Development; Jim Josway, Vice President, RX Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing;

w.   **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Jonathan Kafer, Executive Vice President, Sales and Marketing; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; Robert Cunard, VP Sales; John Denman, SVP, Sales & Marketing;

x.   **Upsher-Smith:** Chris Evenstad, Director, Ventures Marketing; Jim Hughes, VP Marketing; Scott Hussey, SVP Sales; Jim Maahs, VP, Commercial Portfolio Products; Mike McBride, VP Partner Relations;

y.   **URL:** William Everett, National Trade Account Manager; Mark Greene, Director, National Accounts;

z.   **Wockhardt:** Michael Craney, President of Sales & Marketing; Sunil Khera, President Khera, President-The Americas, Japan & Emerging Markets; and

aa.  **Zydus**: Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

<u>**GPhA Board of Directors Meeting**</u>: - Washington D.C. (May 19, 2011)



Page 43 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



**HDMA 2011 Business and Leadership Conference** –Phoenix, Arizona (June 6-7, 2011):

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2011 Pharmacy & Technology Meeting** –Boston, Massachusetts (August 27-30, 2011):

    a.    **Actavis**: Andrew Boyer, EVP, Commercial Operations; Sigurdur Olafsson, Chief Executive Officer; Allan Slavsky, Vice President, Sales; Napoleon Clark, Vice President, Marketing; Lisa Fiveash, National Account Representative; Anthony

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Giannone, Executive Director Sales; Maureen Meehan, Director, National Accounts; Diane Miranda, Vice President, Distribution Services and Generic Marketing; Toni Picone, Marketing Manager; Vince Rinaudo, Director, National Accounts; Gary Salter, Director, National Accounts; David Schmidt, Director, National Accounts; Ara Aprahamian, Vice President, Sales & Marketing; Thad Demos, National Accounts Manager; Michael Dorsey, Director, National Accounts; Jinping McCormick, VP, Rx Sales & Marketing, Generics, US; Lisa Pehlke, Director, Corporate Accounts; Michael Perfetto, Chief Commercial Officer Generic RX/OTC, US and Canada;

b.   **Akorn**: Mick McCanna, National Account Manager; John Sabat, SVP National Accounts; M. Tranter, National Accounts Manager, Sales & Marketing;

c.   **Amneal:** Thomas Balog, Consultant; David Hardin, National Account Manager; Liz Koprowski, National Account Manager; Jim Luce, EVP, Sales & Marketing; Brown Massey, Director Sales; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chair; Chintu Patel, CEO & Co-Chair; Stephen Rutledge, VP Sales; Kammi Wilson, Marketing Manager; Jennifer Winterhalter, VP Revenue Management;

d.   **Apotex**: Tom Axner, National Sales Director, Distribution; Tim Berry, Tim, National Account Manager; Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Niki Hinman-Smock, National Account Manager; Tina Kaus, National Account Director; Karen Rice, Marketing Manager; Bob Simmons, National Account Director; James Van Lieshout, Vice President, Trade and Industry Relations;

e.   **Ascend**: John Dillaway, EVP, Sales & Marketing; Amit Ghare, President, International Business; Lynette Piers, Director Sales; Jonathan Rome, President & CEO; Robert Rome, VP Operations; Sujit Sakpal, VP Corporate Development; Schuyler Van Winkle, SVP, National Accounts; Greg Watkins, VP, National Accounts;

f.   **Aurobindo**: Corrine Hogan, VP Sales & Marketing; Scott White, President; Stuart Blake, Director, National Accounts; Patricia O'Malley, Director, Sales & Marketing Operations; Geoff Rouse, Director of Sales;

g.   **Bausch + Lomb**: Dean Cowen, National Account Director; Philip Gioia, President & Global API Business; Michelle Poole, Associate Director, Product Management; Elva Ramsaran, National Account Director; Steve Sacheli, Director, National Accounts; Mary Saharyan, VP & GM, US Generics Sales & Marketing;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

h.    **Breckenridge**: Scott Cohon, Director of Sales; Phil Goldstein, National Accounts Sales Director; Larry Lapila, President; Daniel Lavalle, Manager, Professional and Trade Relations; Joan Lyle, Director, National Accounts; Diane Maynard, Director, Sales Administration; Dave Nielsen, Director, Sales; Martin Schatz, SVP Sales;

i.    **Cadista:** Neeraj Agrawal, CEO – Generics; Toby Bane, Manager, National Accounts; Scott Delaney, President; Mark Dudick, VP National Accounts; Neal Miller, Manager, National Accounts; Travis Roberts, VP Marketing & Corporate Strategy; Christine Walton, Associate Director, Rx Marketing Generics;

j.    **Camber:** Briggs Arrington; Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; Chris D'India, National Account Manager; Dennis Hicks, Consultant; Stu Messinger, Director National Accounts; Kon Ostaficiuk, President; Dan Piergies, Director Sales Operations; Laura Ricardo, Director of Corporate Accounts; Clayton Smith, Account Manager;

k.    **CorePharma:** Vicki Mangus, Executive Director, Sales; Scott Nemitz, VP Sales; Louis Pastor, Sr. Director, Trade Operations; Janet Penner, President Generics; Christopher Worrell, CEO;

l.    **DAVA:** Justin McManus, Sr. Director, Sales & Business Development; Rick Pallokat, EVP Commercial Operations; Kim Rothofsky, Sr. Director, Trade Relations;

m.    **Dr. Reddy's**: Amit Patel, Senior Vice President & Head, North American Generics; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations; Jake Austin, VP, US Sales; Nimish Muzumdar, Director of Marketing; Katherine Neely, Associate Director Rx Generics; Katherine Neely, Associate Director Rx Generics; Robert Rodowiz, Director, Institutional Sales & Marketing; Hillary Steele, Associate Director, Marketing Communications; Cindy Steven, Director, National Accounts; Tricia Weitzel, Senior Director, National Accounts, Rx Mid-West;

n.    **Endo**: Javier Avalos, Sr. Director, Managed Markets and Trade Operations; John Bullock, Channel Liaison, Specialty Pharmacy; Kayla Kelnhofer, National Account Executive; Scott Littlefield, Trade Director;

o.    **Epic**: Thomas Scono, VP Contracts;

p.    **Forest**: Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations;

q.    **Fougera:** Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts; Christopher Bihari, National Sales Director; Stephen

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Haag; National Accounts Executive; Brian Markison, CEO; Jeff Wasserstein, Senior Vice President Business Development;

a.   **Glenmark**: Paul Dutra, Executive Vice President; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Stephanie Picca, Manager, Sales and Marketing; Terry Coughlin, Executive Vice President and Chief Operating Officer;

r.   **G&W Laboratories:** Erika Vogel-Baylor, Vice President, Sales & Marketing; Kurt Orlofski, CEO; Thomas Faig, National Account Manager; James Grauso, EVP, N.A. Commercial Operation; Joel Zaklin, Vice President, Sales and Marketing;

s.   **Greenstone**: James Cannon, GM; Renee Day, Director/Team Leader, Portfolio Maximization; Lori La Mattina, Sales Operations Manager; Rick Mackenzie, National Accounts Director; Jill Nailor, Sr. Director Sales and National Accounts; Robert Sanderson, Director, National Accounts; Kevin Valade, National Account Director; Christine Versichele, Director of U.S. Generic Channel Strategies; Christopher Weller, Sr. Manager, Marketing & Strategy; Greg Williams, Director, National Accounts;

t.   **Heritage:** Jeffrey Glazer, Chair & CEO; Jason Malek, President; Matt Edelson, Senior Director of Sales; Anne Sather, National Account Manager; Neal O'Mara, National Account Manager; Chip McCorkle, Director, National Accounts; Neal O'Mara, National Accounts Manager;

u.   **Hi-Tech:** Ed Berrios, VP, Sales and Marketing; Michael Corley, VP National Accounts; Stephanie Jomisko, Director, Contracts & Finance; Thomas Kronovich, VP National Accounts; Chris LoSardo, VP Corporate Development; David Seltzer, Director;

v.   **Impax:** William Ball, Sr. National Account Manager; Danny Darnell, Sr. National Accounts Manager; Todd Engle; Michael Grigsby, Sr. National Account Manager; Gary Skalski, Sr. Director of Sales; Ted Smolenski, Director, Marketing Planning, Generics;

w.   **Lannett:** Tracy DiValerio, National Account Manager; Rich Matchett, Director, Sales; Jolene McGalliard, National Account Manager; Dwight Nix, Director, National Accounts; Kevin Smith, Vice President, Sales & Marketing;

x.   **Lupin:** Frank Aguilar, VP National Accounts; Steve Ater, Director, National Accounts; David Bailey, Director, Trade Relations; Dave Berthold, SVP, Generics; Bill Chase, Director, Market Access Specialty Products; Brittany Cummins, Territory Sales Manager; Jason Gensburger, Director, Financial Services; Robert Hoffman, EVP, US Generics; Paul McGarty, President; David Shirkey, National Account Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

y.    **Mallinckrodt:** Steve Becker, Director of National Account; Jennifer Block, Product Manager; Victor Borelli, SVP Sales & Marketing; Lisa Cardetti, National Account Manager; GMatthew Harbaugh, VP Finance; Charity Keeven, Demand Analyst; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Pete Romer, National Account Manager; David Silver, VP Strategy & Portfolio Mgmt; Betty Jean Swartz, VP Managed Markets & Reimbursement; Jane Williams, VP Sales;

z.    **Mylan**: Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Officer; Danielle Barill, Key Account Manager, J. Mark Bover, Senior Director, Pricing & Contracts; Edgar Escoto, Director, National Accounts; Jon Kerr, Director National Sales; Kevin McElfresh, Executive Director, National Accounts; Sean Reilly, National Account Manager; Gary Tigh, Director National Accounts; Dave Workman, Vice President, Strategic Pricing and Contracts;

aa.   **Novartis**: Randy Ballard, Sr. Associate Director, National Accounts; Mark Blazejewski, Director, Pharmacy Customer Marketing; Michael Conley, VP Trade Operations and Analytics; Mark Faulkner, Director, National Accounts; Alan Ryan, Director, US Advocacy and Alliance Development; Robin Selsor, Associate Director, National Accounts;

bb.   **Par**: Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Michael Burton, Vice President, National Accounts; Rick Guillory, Vice President, National Accounts; Jon Holden, Vice President, Sales; Karen O'Connor, Vice President, National Accounts; Sandra Bayer, Sr. Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Gary Larson, National Accounts Manager (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Charles Propst, Vice President (Qualitest); Warren Pefley, VP, Sales & Marketing (Qualitest);

cc.   **Perrigo:** Sharon Kochan, Executive Vice President & GM (Perrigo Pharmaceuticals); John Wesolowski, Executive Vice President, President Rx; H. James Booydegraaff, Associate Director, Marketing; Andrea Felix, National Account Executive; Chris Owens, Customer Business Manager; Tony Polman, National Account Manager; Anthony Schott, National Account Manager, Retail; Shelly Snyder, National Account Manager;

dd.   **Pfizer:** Lou Dallago, VP, US Trade Group; Amy Durei, Director, Trade Channel Management; Hope Emerson, Director Acct. Mgmt; Manley Fong, Director, Trade Account Management; Schnell Hart, Director, Trade Account Management; Thomas McPhillips, VP US Trade Group; Walter Slijepcevich, Sr. Director, Pharmacy Development; Wesley Tanner, Director, Trade Account Management; John Walsh, Director, Trade Group; Gilbert White, Director, Trade Account Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

ee.   **Rising:** Beth Castillo, National Accounts Manager; Ron Gold, CEO; Patricia MacBride, National Accounts Manager, Managed Markets; Kee Moore, VP Sales; Brian Shapiro, VP Business Development;

ff.   **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; John Kline, National Account Director; Rick Peterman, Director, Marketing; Michael Plessinger, Director of Marketing; Joseph Ruhmel, Vice President, Sales & Marketing; Steve Snyder, National Account Director;

gg.   **Sandoz**: Don DeGolyer, Chief Executive Officer & Board Director; Jeff George, CEO; Steven Greenstein, Director, Key Customers; Armando Kellum, Vice President, Sales & Marketing; Paul Krauthauser, Senior Vice President, Commercial Operations; Della Lubke, Director, National Accounts;

hh.   **Sun:** Wayne Fallis, Director, National Accounts; Thomas Versosky, President; Donna Hughes, National Account Manager;

ii.   **Taro**: Mitchell Blashinsky, Business Development; Jim Josway, Vice President, Rx Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing; Scott Brick, Manager, National Accounts; Howard Marcus, VP Sales & Marketing; Brant Schofield, Vice President, Sales & Marketing;

jj.   **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; Robert Cunard, VP Sales; John Denman, SVP, Sales & Marketing; Christine Baeder, SVP Customer and Marketing Operations; Kevin Green, Associate Vice President, National Accounts; Teri Mouro Sherman, Director, National Accounts; Jessica Peters, Director, Trade Operations; Dave Rekenthaler, VP Sales;

kk.   **Torrent**: Jim Devers, VP Sales; Kelly Gegenheimer, VP Sales; Kamesh Venugopal, President;

ll.   **Upsher-Smith:** Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Products; Glenn MacEachem, Director – Product Marketing; Mike McBride, VP Partner Relations; Michael Muzetras, Sr. National Account Manager; Chad Olson, Director, Generic Products; Beth Pannier, Sr. National Account Manager; Mary Rotunno, National Account Manager; Carol Weeklund, Associate Director, Marketing Operations; Dave Zitnak, National Accounts Sr. Director – Trade; Doug Zitnak, National Accounts Sr. Director – Trade;

mm.   **URL:** William Everett, National Trade Account Manager; Mark Greene, Director, National Accounts; Gregory Hayer, SVP, BD and Market Access; Mary Anne McCoy, Sr. Sales Customer Service Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

nn.   **VersaPharm:** Stephen McCune, Chief Sales & Marketing Officer; Carl Merideth, VP Marketing and Clinical Pharmacology; Grace Wilks, Director of Managed Markets;

oo.   **West-Ward:** Jason Grenfell-Gardner, Senior Vice President, Sales & Marketing; Luis Velez, Senior Director of Sales; Mark Ritchey, Vice President, Sales; Paul Markowitz, Director, National Accounts; Tareq Darwazeh, National Account Senior Manager; Spiro Gavaris, Vice President, Sales and Marketing;

pp.   **Wockhardt:** Karen Andrus, Director of Sales; Michael Craney, President of Sales & Marketing; Sunil Khera, President – The Americas, Japan & Emerging Markets; Kevin Knarr, VP Sales & Marketing; Scott Koenig, VP Sales & Marketing Generics; Bob Watson, VP National Accounts; and

qq.   **Zydus**: Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Jack Bleau, Director of Trade; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer & Executive Director; Sharvil Patel, Managing Director; Elizabeth Purcell, Sr. Director, Marketing and Portfolio Management; Lisa Ribando, Senior Contact Manager; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**GPhA Board of Directors Meeting:** - Washington D.C. (September 22, 2011)



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



**GPhA Board of Directors Meeting**: - Washington D.C. (November 11, 2011)



**ECRM Retail Pharmacy Generic Pharmaceutical Conference** – Atlanta, Georgia (January 29-February 1, 2012).

Page 53 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 54 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**GPhA Board of Directors Meeting**: - Orlando, Florida (February 22, 2012)

**GPhA 2012 Annual Meeting** – (February 22-24, 2012)

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 57 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2012 Annual Meeting** – Palm Beach, Florida (April 24-27, 2012):

    a.    **Actavis**: Andrew Boyer, EVP, Commerical Operations; Sigurdur Olafsson, Chief Executive Officer; Allan Slavsky, Vice President, Sales; Michael Perfetto, Chief Commercial Officer Generic RX/OTC, US and Canada; Paul Bisaro, President and Chief Executive Officer; Robert Stewart, President and CEO;

    b.    **Amneal**: Jim Luce, EVP, Sales & Marketing; Chirag Patel, CEO & Co-Chair; Stephen Rutledge;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

c.   **Apotex**: Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Jeff Watson, President & COO; Beth Hamilton, Vice President, Generic Product Sales; James Van Lieshout, Vice President, Trade and Industry Relations; Peter Hardwick, Chief Commercial Officer; Lyndon Johnson, SVP, Sales & Marketing;

d.   **Aurobindo**: Robert Cunard, CEO; James Grauso, EVP, N.A. Commercial Operations;

e.   **Bausch + Lomb**: Joseph Gordon, President, Consumer Health + Vision Care; Todd LaRue, VP of Sales US; Thomas Allison, Sr. Director of National Accounts; Eddie Andruss, Assoc. Director of National Accounts;

f.   **Cadista**: Scott Delaney, President, Mark Dudick, VP, National Accounts; Travis Roberts, VP, Sales & Marketing;

g.   **Camber**: Brett Barczak, Director, Corporate Accounts; Kon Ostaficiuk, President;

h.   **Dr. Reddy's**: Amit Patel, Senior Vice President & Head, North American Generics; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations; Abhijit Murkerjee, President, Global Generics;

i.   **Endo**: Javier Avalos, Sr. Director, Managed Markets and Trade Operations; Scott Littlefield, Trade Director;

j.   **Forest**: Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations;

k.   **Fougera:** Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts; Christopher Bihari, National Sales Director; Brian Markison, CEO; Jeff Bailey, Chief Operating Officer;

b.   **Glenmark**: Paul Dutra, Executive Vice President;

l.   **G&W Laboratories**: Erika Vogel-Baylor, Vice President, Sales & Marketing; Kurt Orlofski, CEO;

m.   **Greenstone**: James Cannon, GM; Jill Nailor, Sr. Director Sales and National Accounts;

n.   **Impax**: Doug Boothe, President Generics Division;

o.   **Lupin**: Dave Berthold, SVP, Generics; Vinita Gupta, CEO (Lupin Ltd.); Robert Hoffman, EVP, US Generics; Paul McGarty, President;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

p.    **Mallinckrodt**: Ginger Collier, VP, National Accounts; David Silver, VP Strategy & Portfolio Mgmt; Betty Jean Swartz, VP, Managed Markets & Reimbursement; Jane Williams, VP Sales;

q.    **Mylan**: Robert Potter, Head of Global Sales Excellence; Anthony Mauro, Chief Commercial Officer; Joseph Duda, Director, Pricing and Contracts; Matt Erick, President, Mylan North America & Brazil;

r.    **Novartis**: Stephan Braun, VP Sales, National Retail Accounts; Roger Gravitte, COO; Mark Blazejewski, Director, Pharmacy Customer Marketing; Michael Conley, VP Trade Operations and Analytics; Carter Dutch, Executive Director, Operations and Analytica; Gregory Oakes, SVP, US Market Access, Primary Care & Established Medicines; Robin Selsor, Associate Director, National Accounts;

s.    **Par**: Paul Campanelli, President & CEO (Endo); Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Thomas Haughey, President;

t.    **Perrigo:** Sharon Kochan, Executive Vice President & GM (Perrigo Pharmaceuticals); John Wesolowski, Executive Vice President, President Rx; Joseph Papa, Chair and CEO; Jim Tomshack, Senior Vice President, Sales; Philip Wilis, Innovation and Marketing Strategy;

u.    **Pfizer:** Lou Dallago, VP, US Trade Group; Hope Emerson, Director Acct. Mgmt; William Kennally, Regional President – NA; Thomas McPhillips, VP US Trade Group; David Moules, VP US Payer & Channel Customers; David Simmons, President & GM, Emerging Markets/Established Products Business Unites; Walter Slijepcevich, Sr. Director, Pharmacy Development;

vv.   **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; Michael Plessinger, Director of Marketing;

v.    **Sandoz**: Don DeGolyer, Chief Executive Officer & Board Director; Jeff George, CEO; Armando Kellum, Vice President, Sales & Marketing;

w.    **Taro**: Mitchell Blashinsky, Business Development; Jim Josway, Vice President, Rx Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing; Jim Kedrowski, Interim Chief Executive Officer; Russell Mainman, Director, Generic Business Unit;

x.    **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; John Denman, SVP, Sales & Marketing; Christine Baeder; SVP Customer and Marketing Operations; Jonathan Kafer, EVP, Sales & Marketing;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Jeremy Levin, President & CEO; William Marth, President & CEO North America and Europe, Heritage Pharma Holdings; Michael Sine, Sr. Director, Corporate Account Group;

y.    **Upsher-Smith:** Mark Evenstad, CEO; Jim Hughes, VP Marketing; Scott Hussey, SVP Sales; Jim Maahs, VP, Commercial Portfolio Management; Mike McBride, VP Partner Relations;

z.    **URL**: Mark Greene, Director, National Accounts; Gregory Hayer, SVP, BD and Market Access;

aa.   **Wockhardt**: Michael Craney, President of Sales & Marketing; and

bb.   **Zydus**: Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**GPhA Board of Directors Meeting: -** Washington, D.C. (May 17, 2012)

a.    **Actavis:** Charlie Mayr; Tom Long, VP Government Affairs; Ted Piper, Manager, Government Affairs (Watson); John LaRocca, Chief Legal Counsel;

b.    **Amneal:** Chirag Patel, Co-CEO;

c.    **Apotex:** Jeff Watson, President NA; Steve Giuli, Director of Government Affairs & Industry Relations;

d.    **Dr. Reddy's:** Nick Cappuccino;

e.    **Fougera:** David Klaum, SVP and GM;

f.    **Heritage:** Jeff Glazer, CEO;

g.    **Impax:** Carole Ben-Mainon, President, Global Pharmaceuticals;

h.    **Mylan:** Tony Mauro, Senior Vice President; Lara Ramsburg, Government Relations; Daniel Lubowitz, Federal Government Relations;

i.    **Sandoz:** Don DeGolyer, President & CEO NA; Mary Sibley, Policy Consultant;

j.    **Teva:** Debra Barrett, SVP Global Government Affairs and Public Policy; Terri Stewart, Sr. Director of Policy, Government Affairs; and

k.    **Zydus:** Joe Renner, Owner.

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**HDMA 2012 Business and Leadership Conference** –San Antonio, Texas (June 13, 2012):



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2012 Pharmacy and Technology Conference** –Denver, Colorado (August 25-28, 2012):

    a.    **Actavis**: Andrew Boyer, EVP, Commercial Operations; Allan Slavsky, Vice President, Sales; Michael Perfetto, Chief Commercial Officer Generic RX/OTC, US and Canada; Napoleon Clar, VP, Marketing; John Elliot, Manager, Marketing; Lisa Fiveash, National Account Representative; Anthony Giannone, Executive Director, Sales; Maureen Meehan, Director, National Accounts; Toni Picone,

**PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Marketing Manager; Vince Rinaudo, Director, National Accounts; David Schmidt, Director, National Accounts; Ara Aprahamian, Vice President, Sales & Marketing; Steve Cohen, Vice President, National Accounts; Michael Dorsey, Director, National Accounts; Jinping McCormick, VP, Rx Sales & Marketing, Generics, US; Lisa Pehlke, Director, Corporate Accounts;

b.   **Akorn**: Mick McCanna, National Account Manager; John Sabat, SVP of National Accounts; M. Tranter, National Accounts Manager, Sales & Marketing;

c.   **Alvogen**: Michael Franks, Regional VP, Sales; Todd Graverson, EVP Sales; Jeffrey Rumler, EVP, Sales & Marketing;

d.   **Amneal:** Andy Cline, Account Executive; David Hardin, National Account Manager; Liz Koprowski, National Account Manager; Jim Luce, EVP, Sales & Marketing; Brown Massey, Director Sales; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chair; Chintu Patel, CEO & Co-Chair; Stephen Rutledge, VP Sales; Kammi Wilson, Marketing Manager; Kenika Withrow, National Accounts and Contract Specialist;

e.   **Apotex**: Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Beth Hamilton, Vice President, Generic Product Sales; James Van Lieshout, Vice President, Trade and Industry Relations; Tom Axner, National Sales Director, Distribution; Tim Berry, National Account Manager; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Tina Kaus, National Account Director; Bob Simmons, National Account Director; Debbie Veira, National Account Manager; Pat Walden, Senior Marketing Manager;

f.   **Ascend**: Grant Butler, Sr. Executive VP National Sales; John Dillaway, EVP, Sales & Marketing; Amit Ghare, President, International Business; Robert Rome, VP Operations; Sujit Sakpal, VP Corporate Development; Schuyler Van Winkle, SVP, National Accounts; Greg Watkins, VP, National Accounts;

g.   **Aurobindo:** Robert Cunard, CEO; James Grauso, EVP, N.A. Commercial Operations; Stuart Blake, Director, National Accounts; Geoff Rouse, Director of Sales;

h.   **Bausch + Lomb**: Dean Cowen, National Account Director; Cheryl Perets, US Pharmaceuticals Sales Coordinator; Barbara Purcell, VP US Generic Sales & Marketing; Elva Ramsaran, National Account Director; Steve Sacheli, Director, National Accounts; Mary Saharyan, VP & GM, US Generics Sales & Marketing; Suzan Trevor, National Account Manager; Srini Venkatesh, VP Pharmaceuticals and Consumer Products Development;

i.   **Breckenridge**: Scott Cohon, Director of Sales; Phil Goldstein, National Accounts Sales Director; Larry Lapila, President; Joan Lyle, Director, National Accounts;

**PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Diane Maynard, Director, Sales Administration; Dave Nielsen, Director, Sales; Martin Schatz, SVP Sales;

j.   **Cadista:** Toby Bane, Manager, National Accounts; Scott Delaney, President; Mark Dudick, VP National Accounts; Neal Miller, Manager, National Accounts; Travis Roberts, VP Marketing & Corporate Strategy; Christine Walton, Associate Director, Rx Marketing Generics;

k.   **Camber:** Briggs Arrington; Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; Chris D'India, National Account Manager; Stu Messinger, Director National Accounts; Kon Ostaficiuk, President; Dan Piergies, Director Sales Operations; Laura Ricardo, Director of Corporate Accounts; Clayton Smith, Account Manager;

l.   **CorePharma:** Scott Nemitz, VP Sales; Louis Pastor, Sr. Director, Trade Operations; Janet Penner, President, Generics; Christopher Worrell, CEO;

m.   **DAVA:** Rich Franchi, VP Sales; Rick Pallokat, EVP, Commercial Operations; Kim Rothofsky, Sr. Director, Trade Relations; Lewis Tepper, VP, Global Business Development and GC;

n.   **Dr. Reddy's**: Jake Austin, VP, US Sales; Nimish Muzumdar, Director of Marketing; Katherine Neely, Associate Director Rx Generics; Amanda Rebricky, Associate Director, Marketing; Hillary Steele, Associate Director, Marketing Communications; Cindy Stevens, Director, National Accounts; Patricia Wetzel, Senior Director, National Accounts, Rx Mid-West; John Adams, SVP, Commercial Operations; Jeff Burd, SVP, Commercial Operations;

o.   **Endo**: Javier Avalos, Sr. Director, Managed Markets and Trade Operations; John Bullock, Channel Liaison, Specialty Pharmacy; Jason Jones, Director of Trade and Distribution; Kayla Kelnhofer, National Account Executive; Scott Littlefield, Trade Director;

p.   **Epic**: Nekela Bornell, Manager, Customer Service; Ashok Nigalaye, Chair & CEO; Thomas Scono, VP of Contracts;

q.   **Forest**: Michael Baker, Executive Vice President, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Operations; John Shane, Director, Trade Relations;

r.   **Fougera:** Kian Kazemi, Senior Vice President, Sales; Anthony Thomassey, Director, National Accounts; Christopher Bihari, National Sales Director; Ilene Russo, Product Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

s.    **G&W:** Erika Baylor, VP Sales & Marketing; Aaron Greenblatt, CEO; Chip McCorkle, Director, National Accounts; Kurt Orlofski, CEO; Michelle Sisco, Sales Analyst;

t.    **Glenmark**: Paul Dutra, Executive Vice President; Mitchell Blashinsky, Business Development; Jessica Cangemi, Director, Sales & Marketing; Terry Coughlin, EVP and COO; David Irwin, Director of Sales; Lyndon Johnson, Director, Sales & Marketing; Jolene McGalliard, National Account Manager;

u.    **Greenstone**: James Cannon, GM; Renee Day, Director/Team Leader, Portfolio Maximization; Andrew Falocco, Account Manager; Lori La Mattina, Sales Operations Manager; Jill Nailor, Sr. Director Sales and National Accounts; Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Christine Versichele, Director of U.S. Generic Channel Strategies; Greg Williams, Director, National Accounts;

v.    **Heritage:** Robert Glazer, Chair & CEO; Jason Malek, President; Matt Edelson, Senior Director of Sales; Anne Sather, National Account Manager; Neal O'Mara, National Account Manager; Gina Gramuglia, National Account Manager;

w.    **Hi-Tech:** Ed Berrios, VP, Sales and Marketing; Michael Corley, VP National Accounts; Stephanie Jomisko, Director, Contracts & Finance; Thomas Kronovich, VP National Accounts; Chris LoSardo, VP Corporate Development; David Seltzer, Director;

x.    **Impax**: William Ball, Sr. National Account Manager; Danny Darnell, Sr. National Accounts Manager; Todd Engle, VP Sales & Marketing; Michael Grigsby, Sr. National Account Manager; Gary Skalski, Sr. Director of Sales; John Kane, Sr. Director of Managed Markets and Trade; Italo Pennella, National Account Manager; Dan Rozmiarek, Trade Account Manager;

y.    **Lannett:** Arthur Bedrosian, President and Chief Executive Officer; Tracy DiValerio, National Account Manager; Dwight Nix, Director, National Accounts; Kevin Smith, Vice President, Sales & Marketing; Laura Carotenuto, National Accounts Representative; Justin McManus, Senior Director, Sales & Business Development;

z.    **Lupin**: David Bailey, Director, Trade Relations; Dave Berthold, SVP, Generics; Bill Chase, Director, Market Access Specialty Products; Jason Gensburger, Director, Financial Services; Vinita Gupta, CEO (Lupin Ltd.); Nilesh Gupta, Group President & Executive Director; Robert Hoffman, EVP, US GenericsSteve Randazzo, SVP; David Shirkey, National Account Manager; Edith St. Hilaire, Director of Marketing, Generics Division; Lauren Walten, National Account Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

aa.   **Mallinckrodt**: Steve Becker, Director of National Account; Jennifer Block, Product Manager; Victor Borelli, SVP Sales & Marketing; Lisa Cardetti, National Account Manager; Ginger Collier, Sr. Director, Marketing; Ryan Dunehew, Director, Contracting; Walt Kaczmarek, COO; Stuart Kim, Sr. Regulatory Counsel; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Pete Romer, National Account Manager; Betty Jean Swartz, VP Managed Markets & Reimbursement; Kevin Vorderstrasse, Director Strategic Marketing; Jane Williams, VP Sales;

bb.   **Mylan**: Robert Potter, Head of Global Sales Excellence; Joseph Duda, Director, Pricing and Contracts; Matt Erick, President, Mylan North America & Brazil; Mike Aigner, Director, National Accounts; John Barannick, Director, Trade Relations; Matt Cestra, Senior Director, Marketing; Rosalind Davis, Senior Manager, Contracts; Edgar Escoto, Director, National Accounts; Kevin McElfresh, Executive Director, National Accounts; Rob O'Neal, Head of Global Commercial Excellence & Incentive Comp; Sean Reilly, National Account Manager; Gary Tighe, Director National Accounts; Lance Wyatt, Director, National Accounts;

cc.   **Novartis**: Stefan Merlo, Sr. Director, National Accounts; Randy Ballard, Sr. Associate Director, National Accounts; Mark Blazejewski, Director, Pharmacy Customer Marketing; Michael Conley, VP, Wholesaler/Retail Channels and Pharmacy Affairs; Alan Ryan, Director, US Advocacy and Alliance Development; Robin Selsor, Associate Director, National Accounts;

dd.   **Par**: Michael Altamuro, Commercial Operations & Marketing; Renee Kenney, Senior Advisor, Generic Sales; Michael Burton, Vice President, National Accounts; Rick Guillory, Vice President, National Accounts; Jon Holden, Vice President, Sales; Karen O'Connor, Vice President, National Accounts; Sandra Bayer, Sr. Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Charles Propst, Vice President (Qualitest); Warren Pefley, VP, Sales & Marketing (Qualitest); Kelly Bachmeier, Director, National Accounts (Qualitest); Walter Busbee, Director of National Accounts (Qualitest); Spike Pannell, National Account Manager (Qualitest);

ee.   **Perrigo:** John Wesolowski, Executive Vice President, President Rx; H. James Booydegraaff, Associate Director, Marketing; Andrea Felix, National Account Executive; Ori Gutwerg, National Account Executive; Katie McCormack, National Account Manager; Tony Polman, National Account Manager; Shelly Snyder, National Account Manager;

ff.   **Pfizer**: Lou Dallago, VP, US Trade Group; Manley Fong, Director, Trade Account Management; Schnell Hart, Director, Trade Account Management; Farinaz Hashernifard, Director, Strategy, Planning and Operations; Thomas McPhillips, VP, US Trade Group; Neil Potter, Director, Team Leader, Trade

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Channel Marketing; Walter Sljepcevich, Sr. Director, Pharmacy Development; Wesley Tanner, Director, Trade Account Management; John Walsh, Director, Trade Group; Gilbert White, Director, Trade Account Management;

gg.   **Rising**: Beth Castillo, National Accounts Manager; Ron Gold, CEO; Patricial MacBride, National Accounts Manager, Managed Markets; Kee Moore, VP Sales; Brian Shapiro, VP Business Development;

hh.   **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; John Kline, National Account Director; Rick Peterman, Director, Marketing; Joseph Ruhmel, Vice President, Sales & Marketing; Steven Simone, Product Manager; Steve Snyder, National Account Director;

ii.   **Sandoz**: Armando Kellum, Vice President, Sales & Marketing; Steven Greenstein, Director, Key Customers; Della Lubke, Director, National Accounts; Chris Neurohr, Director, National Accounts;

jj.   **Sun:** Wayne Fallis, Director, National Accounts; Thomas Versosky, President; Susan Knoblauch, Senior Manager, Sales; Grace Shen, VP, Marketing; Steven Smith, Sr. Director of Sales;

kk.   **Taro**: Jim Josway, Vice President, Rx Sales; Bill Seiden, Senior Vice President, U.S. Sales & Marketing; Scott Brick, Manager, National Accounts; Sheila Curran, Vice President, Sales Operations; Howard Marcus, VP Sales & Marketing; Doug Statler, Sr. Director/Head of Sales;

ll.   **Teva**: Theresa Coward, Senior Director Sales & Trade Relations; Maureen Cavanaugh, Chief Operating Officer, North America Generics; Darren Alkins, Vice President, Pricing & Contracts; Timothy Crew, SVP North American Generics; John Denman, VP Sales & Marketing; Christine Baeder; SVP Customer and Marketing Operations; Christopher Doerr, Vice President, Trade Relations; Kevin Galownia, Senior Director, Pricing; Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Jennifer Guzman, Director, Marketing, Health Systems; Teri Mouro Sherman, Director, National Accounts; Jessica Peters, Director, Trade Operations; Dave Rekenthaler, VP Sales;

mm.   **Torrent**: Jim Devers, VP Sales; Kelly Gegenheimer, VP Sales;

nn.   **Upsher-Smith:** Chris Evenstad, Director, Ventures Marketing; Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Products; Glenn MacEachem, Director – Product Marketing; Mike McBride, VP Partner Relations; Michael Muzetras, Sr. National Account Manager; Chad Olson, Director, Generic Products; Beth Pannier, Sr. National Account Manager; Mary Rotunno, National Account Manager; Carol Weeklund, Associate Director, Marketing Operations; Dave Zitnak, National

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Accounts Sr. Director - Trade; Doug Zitnak, National Accounts Sr. Director - Trade;

oo.   **URL:** William Everett, National Trade Account Manager; Mark Greene, Director, National Accounts; Gregory Hayer, SVP, BD and Market Access; Mary Anne McCoy, Sr. Sales Customer Se1vice Manager;

pp.   **VersaPharm:** Stephen McCune, Chief Sales & Marketing Officer; Carl Merideth, VP, Marketing and Clinical Pharmacology; Grace Wilks, Director of Managed Markets;

qq.   **West-Ward:** Jason Grenfell-Gardner, Senior Vice President, Sales & Marketing; Luis Velez, Senior Director of Sales; Mark Ritchey, Vice President, Sales; Paul Markowitz, Director, National Accounts; Tareq Daiwazeh, National Account Senior Manager; Spiro Gavaris, Vice President, Sales and Marketing; Brittany Cummins, Territory Sales Representative; Brian Hoffmann, VP Business Development;

IT.   **Wockhardt:** Karen Andrus, Director of Sales; Michael Craney, President of Sales & Marketing; Sunil Khera, President - The Americas, Japan & Emerging Markets; Kevin Knarr, VP Sales & Marketing; Scott Koenig, VP Sales & Marketing Generics; Bob Watson, VP National Accounts; and

ss.   **Zydus:** Joseph Renner, Chair of the Board; Kristy Ronco, Vice President, Sales; Jack Bleau, Director of Trade; Michael Keenley, President; Patricia Kwilos, VP of Marketing; Ganesh Nayak, Chief Operating Officer & Executive Director; Sharvil Patel, Managing Director; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**GPhA Board of Directors Meeting;** - Washington, D.C. (September 12, 2012)



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**HDMA 2012 Annual Board & Membership Meeting** (September 30, 2012)

**GPhA Board of Directors Meeting:** - Washington, D.C. (November 29, 2012)

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**NACDS 2013 Regional Chain Conference** – (February 3-5, 2013):

    a.    **Actavis:**

    b.    **Forest:** Michael Baker, Executive Vice President, Trade and Sales Department; Paul Reed, Senior Director, Trade Sales and Development;

    c.    **Pfizer:** Lou Dallago, VP US Trade Group; Walter Slijepcevich, Sr. Director, Pharmacy Development;

    d.    **Teva:** Theresa Coward, Senior Director Sales and Trade Relations;

    e.    **Upsher-Smith**: Michael Muzetras, Sr. National Account Manager; Beth Pannier, Sr. National Account Manager, Mary Rotunno, National Account Manager; and

    f.    **URL:** William Everett, National Trade Account Manager; Mark Greene, National Trade Account Manager.

**GPhA Board of Directors Meeting:** - Orlando, Florida (February 20, 2013)



**GPhA Annual Meeting** – Orlando, Florida (February 20-22, 2013):

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



Page 76 of 143

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**ECRM Retail Pharmacy Generic Pharmaceuticals Conference** – Sheraton Dallas Hotel in Dallas, Texas (February 24-27, 2013):



Page 77 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2013 Annual Meeting** – Sands Expo Convention Center, Palm Beach, Florida (April 20-23, 2013):

a.   **Actavis**: Andrew Boyer, President and CEO, North America Generics; Sigurdur Olafsson, President, Global Generics Medicines; Robert Stewart, Chief Operating Officer; Vivek Bachhawat, Vice President, Pacific; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Allan Slavsky, Vice President, Sales;

b.   **Amneal**: Jim Luce, EVP, Sales & Marketing; Chirag Patel, Co-CEO & Chairman; Chintu Patel, CEO & Co-Chair; Stephen Rutledge, VP Sales;

c.   **Apotex**: Corey Anqueil, Director Strategic Sales, North America; Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National Accounts; Lyndon Johnson, Senior Vice President, Sales and Marketing; Jeff Watson, President Global Generics; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Eric Organ, Vice President, Commercial Operations;

d.   **Ascend**: Schuyler Van Winkle, SVP, National Accounts; Greg Watkins; VP, National Accounts;

e.   **Aurobindo**: Robert Cunard, CEO; James Grauso, Executive Vice President, North America Commercial Operations;

f.   **Cadista**: Scott Delaney, Chief Commercial Officer; Mark Dudick, VP National Accounts; Travis Roberts, VP, Marketing & Corporate Strategy;

g.   **Camber**: Brett Barczak, Director, Corporate Accounts; Kon Ostaficiuk, President;

h.   **Dr. Reddy's**: John Adams, Senior Vice President, Sales and Marketing; Jeff Burd, Vice President, Sales and Marketing; Gary Benedict, Executive Vice President;

i.   **Endo**: John Bullock, Channel Liaison, Specialty Pharmacy; Brent Bumpas, National Account Director-Trade; Scott Littlefield, Trade Director;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

j.      **Forest**: Michael Baker, Executive Vice President, Trade and Sales Department; Paul Reed, Senior Director, Trade Sales and Development; John Shane, Director, Trade Relations; Michael Reed, Executive Director, Trade Relations;

k.      **G&W Laboratories:** Erika Baylor, Vice President, Sales & Marketing; Aaron Greenblatt, Chief Executive Officer; Kurt Orlofski, President & Chief Operating Officer;

l.      **Glenmark**: Jim Brown, Vice President, Sales; Mitchell Blashinsky, Vice President, Sales and Marketing; Paul Dutra, Executive Vice President;

m.     **Greenstone**: James Cannon, GM; Greg Williams, Director, National Accounts;

n.      **Lupin**: Dave Berthold, SVP, Generics; Vinita Gupta, CEO (Lupin Ltd.); Robert Hoffman, EVP, US Generics; Paul McGarty, President;

o.      **Mallinckrodt**: Ginger Collier, Sr. Director, Marketing; Walt Kaczmarek, COO; Jane Williams, VP Sales;

p.      **Mylan**: Joseph Duda, President; Robert Potter, Senior Vice President, National Accounts and Channel Development, Senior Vice President of National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; James Nesta, Vice President of Sales; Jeffrey May, Vice President, North America Product Strategy;

q.      **Novartis**: David DiBernardino, Director, Customer Strategy and Planning; Roger Gravitte, COO; Todd Hutsko, VP Sales; Karen McFaulds, Manager, Sales Communications; Ernesto Levy, Regional Marketing Head, Americas Region; Stefan Merlo, Sr. Director, National Accounts; Randy Ballard, Sr. Associate Director, National Accounts; Mark Blazejewski, Director, Pharmacy Customer Marketing; Michael Conley, VP, Wholesaler/Retail Channels and Pharmacy Affairs; Gregory Oakes, SVP, US Market Access, Primary Care & Established Medicines;

r.      **Par**: Jon Holden, Vice President of Sales; Paul Campanelli, President; Michael Altamuro, Vice President Marketing and Business Analytics; Renee Kenney, Senior Advisor, Generic Sales; Scott Littlefield, Trade Director (Endo); Brent Bumpas, National Account Director, Trade (Endo);

s.      **Perrigo:** Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Joseph Papa, Chairman and CEO; Jim Tomshack, Senior Vice President, Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Philip Willis, Innovation and Marketing Strategy;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

t.  **Pfizer:** Lou Dallago, VP US Trade Group; Farinaz Hashemifard, Director, Strategy, Planning and Operations; David Moules, VP, US Payer & Channel Customers; Walter Slijepcevich, Sr. Director, Pharmacy Development;

u.  **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; Michael Plessinger, Director of Marketing;

v.  **Sandoz**: Don DeGolyer, CEO; Jeff George, Global Head of Sandoz; Richard Tremonte, Senior Vice President, Global Generic Pharmaceuticals; Samuele Butera, Vice President and Head, Biopharmaceuticals; Dave Picard, Vice President, Biosimilars and Injectables;

w.  **Sun:** GP Singh Sachdeva, President (Sun Pharmaceuticals, USA); Bill Everett, National Trade Account Manager;

x.  **Taro**: Jim Kedrowski, Interim CEO; Ara Aprahamian, Vice President Sales and Marketing; Michael Perfetto, Chief Commercial Officer, Generics Rx OTC, US and Canada; Carlton Holmes, Vice President Marketing; Elizabeth Ivey, Vice President, Sales and Marketing;

y.  **Teva**: Jeremy Levin, President and CEO; Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; Allan Oberman, President and CEO Teva Americas Generics; Jonathan Kafer, Executive Vice President, Sales and Marketing; Barry Fishman, President and CEO, Teva Canada; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; David Marshall, Vice President of Operations; Michael Sine, Director, Corporate Account Group;

z.  **Upsher-Smith:** Mark Evenstad, CEO; Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Management; Mike McBride, VP, Partner Relations;

aa.  **URL**: William Everett, National Trade Manager;

bb.  **Valeant**: Thomas Allison, Senior Director of National Accounts; Eddie Andruss, Assoc. Director of National Accounts; Sultana Kazanas, National Account Manager;

cc.  **VersaPharm**: Stephen McCune, Chief Sales & Marketing Officer;

dd.  **Wockhardt**: Michael Craney, President of Sales & Marketing; and

ee.  **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**GPhA Board of Directors Meeting:** - Washington, D.C. (May 16, 2013)

**HDMA 2013 Business and Leadership Conference** – Orlando, Florida (June 2-5, 2013):

Page 83 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2013 Total Store Expo** – Sands Expo Convention Center, Las Vegas, Nevada (August 10-13, 2013):

a.   **Actavis**: Andrew Boyer, President and CEO, North America Generics; Napolean Clark, Vice President of Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Anthony Giannone, National Accounts Director; Megan Gorman, Senior Marketing Manager; Maureen Meehan, Director of National Accounts; Cindy Stevens, Director of National Accounts; Nancy Baran, Director, Customer Relations; Kathleen Conlon, Director, Contract Administration; Lisa Fiveash, National Account Representative; Rob Hooper, Senior Marketing Manager; Richard Rogerson, Senior Director, New Products; Allan Slavsky, Vice President, Sales; Michael Dorsey, Director, National Accounts;

b.   **Akorn**: Scott Chapman, SVP and GM; Laura O'Connor, Manager, OTC Projects & Implementation; Georgiana Olwell, Global Brand Manager; Mick McCanna; John Sabat, SVP of National Accounts; M. Tranter, National Accounts Manager, Sales & Marketing;

c.   **Alvogen**: Michael Franks, Regional VP, Sales; Todd Graverson, Regional VP, Sales; Jeffrey Rumler, EVP, Sales & Marketing;

d.   **Amneal:** Andy Cline, Account Executive; David Hardin, National Account Manager; Liz Koprowski, National Account Manager; Jim Luce, EVP, Sales & Marketing; Brown Massey, Director Sales; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chair; Chintu Patel, CEO & Co-Chair; Shannon Rivera, VP Pricing & Analytics; Stephen Rutledge, VP Sales; Kammi Wilson, Marketing Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

e. **Apotex**: Tom Axner, National Sales Director, Distribution; Tim Berry, National Account Manager; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Sam Boulton, Director, National Accounts; Jeffrey Hampton, Senior Vice President and National Manager, US and Latin America; Niki Hinman Smock, National Account Manager; David Kohler, Vice President and General Manager; Chirag Patel, Marketing Director, National Accounts; Shannon Price, Senior Marketing Director; Bob Simmons, National Accounts Director; Debbie Veira, National Accounts Manager; Pat Walden, Senior Marketing Manager; Corey Anquetil, Director, Strategic Sales National Accounts; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; Tina Kaus, National Accounts Director; James Van Lieshout, Senior Director, Commercial Operations; Pat Walden, Senior Marketing Manager;

f. **Ascend**: Grant Butler, Sr. Executive VP National Sales; Troy Devens, Director of National Accounts; John Dillaway, EVP, Sales & Marketing; Amit Ghar, President, International Business; Sujit Sakpal, VP Corporate Development; Schuyler Van Winkle, SVP, National Accounts; Greg Watkins, VP, National Accounts;

g. **Aurobindo**: Stuart Blake, Director, National Accounts; Robert Cunard, CEO; Patrick Santangelo, Senior Director, Sales; Anthony Thomassey, Director National Accounts;

h. **Bausch + Lomb**: Tanya Buchan, Director of Sales, National Accounts; Dean Cowen, National Account Director; Joseph Gordon, GM, Consumer Health Care; Todd LaRue, VP Sales, US; Barbara Purcell, VP US Generic Sales & Marketing; Elva Ramsaran, National Account Director; Steve Sacheli, Director, National Accounts; Suzan Trevor, National Account Manager; Robert Vukic, Regional Business Director, East;

i. **Breckenridge:** Scott Cohon, Director of Sales; Sonia De La Rosa, Director, Business Development; Phil Goldstein, National Accounts Sales Director; Benjamin Hall, CEO; Larry Lapila, President; Joan Lyle, Director, National Accounts; Jim McManimie, SVP Sales; Diane Nazar, Director Sales Administration; Dave Nielsen, Director, Sales; Martin Schatz, SVP Sales; Mark Smith, Business Development;

j. **Cadista**: Toby Bane, Manager, National Accounts; Scott Delaney, Chief Commercial Officer; Mark Dudick, VP National Accounts; Jaclyn Emershaw, Customer Support Associate; Mark Greene, Director National Accounts; Neal Miller, Manager, National Accounts; Travis Roberts, VP Marketing & Corporate Strategy; Christine Walton, Associate Director, Rx Marketing Generics;

k. **Camber:** Brett Barczak, Director, Coroporate Accounts; Megan Becker, Marketing Manager; Chris D'India, National Account Manager; Stu Messinger, Director of National Accounts; Kon Ostaficiuk, President; Dan Piergies, Director,

**PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Sales Operations; Laura Ricardo, Director of Corporate Accounts; Clayton Smith, Account Manager;

l.    **Citron**: Vimal Kavuru, CEO;

m.   **DAVA**: Rich Franchi, VP Sales; Rick Pallokat, EVP Commercial Operations; Kim Rothofsky, Sr. Director, Trade Relations;

n.    **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Nimish Muzumdar, Director of Marketing; Larry Knupp, Director of National Accounts; Gary Benedict, Executive Vice President; Umang Vohra, Executive Vice President and Head of North America Generics;

o.    **Endo**: Brent Bumpas, National Account Director Trade; Scott Littlefield, Trade Director; Kevin O'Brien, Sr. Director of Payer Markets;

p.    **Epic**: Thomas Scono, VP of Contracts; Angelo Voxakis;

q.    **Forest**: Michael Baker, Executive Vice President, Trade and Sales Department; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Development; John Shane, Director, Trade Relations;

r.    **G&W Laboratories**: Erika Baylor, Vice President, Sales & Marketing; Lauren Connolly, National Account Manager; Aaron Greenblatt, Chief Executive Officer; Kurt Orlofski, President & Chief Operating Officer; Michelle Sisco, Sales Analyst;

s.    **Glenmark**: Jim Brown, Vice President, Sales; Mitchell Blashinsky, Vice President, Sales and Marketing; Paul Dutra, Executive Vice President; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Stephanie Picca, Manager, Sales and Marketing; Terry Coughlin, Executive Vice President and Chief Operating Officer;

t.    **Greenstone**: James Cannon, GM; Lori La Mattina, Sales Operations Manager; Jill Nailor, Sr. Director Sales and National Accounts; Thomas Nassif, Sr. Manager, Marketing & Strategy; Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Christine Versichele, Director of U.S. Generic Channel Strategies; Christopher Weller, Sr. Manager, Marketing & Strategy; Greg Williams, Director, National Accounts;

u.    **Heritage**: Allen Dunehew, President and CEO; Matt Edelson, Senior Director of Sales; Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Neal O'Mara,

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

National Accounts Manager; Anne Sather, National Account Manager; Gina Gramuglia, Commercial Operations;

v.  **Hi Tech**: Ed Bernos, VP Sales & Marketing; Michael Corley, VP, National Accounts; Stephanie Jomisko, Director, Contracts & Finance; Thomas Kronovich, VP, National Accounts; David Seltzer, Director;

w.  **Impax**: William Ball, Sr. National Account Manager (Global); Danny Darnell, Sr. National Account Manager (Global); Todd Engle, VP, Sales & Marketing (Global); Michael Grigsby, Sr. National Account Manager (Global); Gary Skalski, Sr. Director of Sales (Global); Chris Gerber, Director of Pricing and Contracts; Italo Pennella, Trade Account Manager; Dan Rozmiarek, Trade Account Manager;

x.  **Lannett**: Arthur Bedrosian, President and CEO; William Schreck, Chief Operating Officer; Justin McManus, Director, National Accounts; Kevin Smith, Vice President, Sales and Marketing; Tracy Sullivan, National Accounts Manager; Lauren Carotenuto, National Accounts Representative; Michael Block, Business Development Manager;

y.  **Lupin**: Dave Berthold, SVP, Generics; Kevin Brochhausen, Customer Service Supervisor; Bill chase, Director, Market Access Specialty Products; Jason Gensburger, Director, Financial Services; Robert Hoffman, EVP, US Generics; Paul McGarty, President; Rakhee Naik, Director – Supply Chain & Logistics; Steve Randazzo, SVP; David Shirkey, National Account Manager; Lauren Walten, National Account Manager;

z.  **Mallinckrodt**: Steve Becker, Director of National Account; Lisa Cardetti, National Account Manager; Ginger Collier, Sr. Director, Marketing; Joe Duarte, Director, Access Marketing; Walt Kaczmarek, COO; Kian Kazemi, VP Sales; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Pete Romer, National Account Manager; Kevin Vorderstrasse, Director Strategic Marketing; Jane Williams, VP Sales;

aa. **Mylan**: James Nesta, Vice President of Sales; Michael Aigner, Director, National Accounts; Joseph Duda, President; Kevin McElfresh, Executive Director, National Accounts; Robert O'Neill, Vice President; Robert Potter, Senior Vice President, North America and Channel Development; Lance Wyatt, National Accounts Director; Matt Cestra, Senior Director Marketing; Rodney Emerson, Director, Pricing and Contracts; Edgar Escoto, National Accounts Director; Stephen Krinke, National Accounts Manager; Damon Pullman, West Regional Account Manager; Sean Reilly, Key Account Manager; John Baranick, Director, Trade Relations; Ron Graybill, Vice President Managed Markets; Adrienne Helmick, Associate Product Manager, Marketing; Chad Holland, Vice President, Commercial Operations; Heather Paton, Vice President Sales; Bipan Singh,

Page 89 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Director, Marketing; Tom Theiss, Director, Trade Relations; Christine Waller, Senior Manager, North America Communications;

bb.   **Novartis**: Terry Boldt, Segment Leader, Sales; David DiBernardino, Director, Customer Strategy and Planning; Roger Gravitte, COO; Thomas Hann, Associate Director; Todd Hutsko, VP Sales; Karen McFaulds, Manager, Sales Communications; Stefan Merlo, Sr. Director, National Accounts; Jason Tyler, Director, Drug & Wholsesale; Bill Wolfensden, Director, CVS/Rite Aid; Paul Barney, Sr. Account Executive; Gay Duroe, Sr. Trade Account Executive; Michael Conley, VP, Wholesaler/Retail Channels and Pharmacy Affairs; Alan Ryan, Director, US Advocacy and Alliance Development;

cc.   **Par**: Jon Holden, Vice President of Sales; Michael Altamuro, Vice President Marketing and Business Analytics; Renee Kenney, Senior Advisor, Generic Sales, Senior Advisor Generic Sales; Karen O'Connor, Vice President, National Accounts; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President of National Accounts; Christine Caronna, Director National Accounts; Warren Pefley, Vice President, Sales and Marketing (Qualitest); Charles "Trey" Probst, Vice President (Qualitest); Kelly Bachmeier, Director, National Accounts (Qualitest); Sandra Bayer, Senior Director, National Accounts (Qualitest); James Burnett, National Accounts Manager (Qualitest); Walter Busbee, Director National Accounts (Qualitest); Lori Minnihan, Associate Director, Trade Pricing Operations (Qualitest); Spike Pannell, National Account Manager (Qualitest); Darren Hall, Director, National Accounts (Qualitest);

dd.   **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Christian Strong, Senior Vice President, Diabetes Care; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Philip Willis, Innovation and Marketing Strategy; Tom Cotter, Vice President, OTC Marketing; Andrea Felix, National Account Executive; Kara Goodnature, Marketing Manager; Ori Gutwarg, National Account Executive; Pete Haakenstad, National Account Manager; Larry Hudson, Animal Health; H. James Booydegraaff, Associate Director, Marketing; Andy Kjeelberg, Vice President, Consumer Healthcare Sales; John Klingenmeyer, Vice President, Consumer Healthcare Sales; Shelley Kocur, Senior Director, Service and Customer Supply Chains; Elizabeth Lowney, Strategic and Pipeline Plan Manager; Katie McCormack, National Account Manager; Richard McWilliams, Senior Vice President and General Manager; Kristine Milbocker, Trade Relations Planner; Troy Pelak, Vice President, Consumer Healthcare Sales; Tony Polman, National Account Executive; Neal Wilmore, Vice President Commercial Operations, Animal Health; Michael Yacullo, Vice President, Consumer Healthcare Sales; Tom Zimmerman, Vice President and General Manager;

ee.   **Pfizer**: Lou Dallago, VP, US Trade Group; Manley Fong, Director, Trade Account Management; Schnell Hart, Director, Trade Account Management;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Farinaz Hashernifard, Director, Strategy, Planning and Operations; Neil Potter, Director, Team Leader, Trade Channel Marketing; Walter Sljepcevich, Sr. Director, Pharmacy Development; John Walsh, Director, Trade Group; Gilbert White, Director, Trade Account Management;

ff.   **Rising**: Beth Castillo, National Accounts Manager; Patricia MacBride, National Accounts Manager, Managed Markets; Brian Shapiro, VP Business Development;

gg.   **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; John Kline, National Account Director; Rick Peterman, Director, Marketing; seph Ruhmel, Vice President, Sales & Marketing; Steve Snyder, National Account Director;

hh.   **Sandoz**: Peter Goldschmidt, President Sandoz US and Head North America; Armando Kellum, Vice President, Sales and Marketing; Paul Krauthauser, Senior Vice President, Sales and Marketing; Della Lubke, National Account Executive; Steven Greenstein, Director, Key Customers; Christopher Bihari, Director, Key Customers; Anuj Hasija, Executive Director, Key Customers;

ii.   **Sun:** William Everett, National Trade Account Manager; Wayne Fallis, Director, National Accounts; Steven Goodman, Director Marketing, Generics; Susan Knoblauch, Senior Manager, Sales; GP Singh Sachdeva, President (Sun Pharmaceuticals, USA); Grace Shen, Vice President, Marketing; Steven Smith, Senior Director of Sales;

jj.   **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Sheila Curran, Vice President, Sales Operations; Howard Marcus, Vice President Sales and Marketing; Michael Perfetto, Group Vice President and Chief Commercial Officer of the Generic Rx Business; Doug Statler, Senior Director, Head of Sales; Elizabeth Guerrero, Director, Corporate Accounts, Managed Care; Carlton Holmes, Vice President Marketing; Tim Kiernan, Director of Marketing Analytics;

kk.   **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Allan Oberman, President and CEO Teva Americas Generics; Jennifer Chang, Director, Marketing; Scott Goldy, Director, National Accounts; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Christopher Doerr, Senior Director, Trade Operations; Kevin Green, Associate Vice President, National Accounts; Jeffrey Herzfeld, Senior Vice President, US Specialty Medicines; Jonathan Kafer, Executive Vice President, Sales and Marketing; Kayla Kelnhofer, National Account Executive; Jennifer King, Director, New Product Marketing; David Marshall, Vice President of Operations; Jerry Moore, Director, State

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Government Affairs; Teri Sherman, Director National Accounts; Jason Nagel, Associate Director; John Wodarczyk, Director, Customer Relations;

ll.   **Torrent**: Jim Devers, VP Sales; Kelly Gegenheimer, VP Sales; Sanjay Gupta, President & CEO; Chip McCorkle, Director, National Accounts;

mm.  **Upsher-Smith:** Tina Fehr, Associate Director, Consumer Products; JoAnn Gaio, Sr. National Account Manager; Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Products; Mike McBride, VP Partner Relations; Michael Muzetras, Sr. National Account Manager; Chad Olson, Director, Generic Products; Beth Pannier, Sr. National Account Manager; Mary Rotunno, National Account Manager; Marilyn Swanson, Product Manager; Carol Weeklund, Associate Director, Marketing Operations; Dave Zitnak, National Accounts Sr. Director – Trade; Doug Zitnak, National Accounts Sr. Director – Trade;

nn.   **Valeant:** Thomas Allison, Senior Director of National Accounts; Eddie Andruss, Assoc. Director of National Accounts; Tricia Green, Senior Brand Manager; Jona Mancuso, Brand Manager; John Reed, Director, Marketing; Sultana Kazanas, National Account Manager;

oo.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Tareq Darwazeh, National Accounts Senior Manager; Paul Markowitz, Director, National Accounts; Ernesto Cividanes, Manager, Trade Relations;

pp.   **Wockhardt:** Kevin Andrus, Director of Sales; Sivakumar Chinniah, VP Operations; Michael Craney, President of Sales & Marketing; Sunil Khera, President – The Americas, Japan, & Emerging Markets; Kevin Knarr, VP Sales & Marketing; Scott Koenig, VP Sales & Marketing, Generics; Vinima Shekhar, AVP-OTC; Bob Watson, VP, National Accounts; and

qq.   **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing; Elizabeth Purcell, Senior Director, Marketing and Portfolio Management; Ganesh Nayak, Chief Operating Officer and Executive Director; Daniel Lukasiewicz, Senior Manager, Marketing Operations; Sharvil Patel, Deputy Managing Director.

**GPhA Board of Directors Meeting:** - Washington, D.C. (September 23, 2013)



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**HDMA 2013 Annual Board and Membership Meeting** – White Sulphur Springs, West
Virginia (September 29 – October 2, 2013):



**NACDS 2013 Foundation and Reception Dinner** – New York, New York (December 3, 2013):

a.    **Actavis**: Andrew Boyer, President and CEO, North America Generics; Marc
      Falkin, Senior Vice President, Sales; Anthony Giannone, Executive Director,
      Sales;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

b.  **Apotex**: Jeff Watson, President, Global Generics; Tim Berry, National Account Manager; Sam Boulton, Director of National Accounts; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; James Van Lieshout, Senior Director, Commercial Operations;

c.  **Forest**: Paul Reed, Senior Director, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations; John Shane, Director, Trade Relations;

d.  **Mylan**: Joseph Duda, President; Robert Potter, Senior Vice President North America National Accounts and Channel Development; Rob O'Neill, Head of Sales; Dave Workman, Vice President, Strategic Pricing and Contracts; James Nesta, Vice President of Sales;

e.  **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales;

f.  **Sandoz**: Peter Goldschmidt, President Sandoz US and Head North America; Armando Kellum, Vice President, Sales and Marketing; Kirko Kirkov, Executive Director, Key Customers; and

g.  **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; David Marshall, Vice President of Operations.

**<u>GPhA Board of Directors Meeting</u>:** - Washington, D.C. (December 5, 2013)



Page 94 of 143

**PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**GPhA Board of Directors Meeting**: - Orlando, Florida., February 19, 2014)



**GPhA Annual Meeting** – Orlando, Florida (February 19-21, 2014):

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



Page 96 of 143

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**ECRM Retail Pharmacy Efficient Program Planning Session** – Omni Amelia Island Plantation Resort, Amelia Island, Florida (February 23-26, 2014):



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 100 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**HCSCA National Pharmacy Forum** – Scottsdale, Arizona (February 24-26, 2014):

    a.    **Mylan:** Jan Bell, Director, National Accounts; Martin Wingerter, Director of National Accounts; Mark Pittenger, Senior Director of National Accounts; Heather Paton, Vice President, Institutional Sales; ;

    b.    **Teva:** Cam Bivens, Director, National Accounts; Brad Bradford, Director of National Accounts; Jennifer Chang, Director of Marketing, Institutional Markets; Jeff McClard, Senior Director of National Accounts; Nick Gerebi, Director of National Accounts; William Zackesky, Director of Sales;

    c.    **Wockhardt:** John Lopez, Associate Vice President;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

<u>**HDMA Sixth Annual CEO Roundtable Fundraiser**</u> – New York, New York (April 1, 2014):



<u>**NACDS 2014 Annual Meeting**</u> – Scottsdale, Arizona (April 26-29, 2014):

    a.    **Actavis**: Andrew Boyer, President and CEO, North America Generics; Marc Falkin, Vice President of Purchasing; Sigurdur Olafsson, President; Robert Stewart, Chief Operating Officer; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics;

    b.    **Amneal**: Jim Luce, EVP, Sales & Marketing; Chirag Patel, Co-CEO & Chair; Shannon Rivero, VP, Pricing & Analytics; Stephen Rutledge, VP Sales;

    c.    **Apotex**: Jeff Watson, President, Global Generics; Sam Boulton, Director of National Accounts; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; David Kohler, Vice

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

President and General Manager; Corey Anquetil, Director, Strategic Sales North America; Buddy Bertucci, Vice President, Institutional Sales; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; James Van Lieshout, Sr. Director, Commercial Operations;

d.   **Ascend**: Schuyler Van Winkle, SVP, National Accounts; Greg Watkins, VP, National Accounts;

e.   **Aurobindo**: Robert Cunard, CEO; Paul McMahon, Senior Director Commercial Operations;

f.   **Breckenridge**: Brian Guy, VP Business Development; Larry Lapila, President; Martin Schatz, SVP Sales;

g.   **Cadista**: Scott Delaney, Chief Commercial Officer; Mark Dudick, VP, National Accounts; Travis Roberts, VP, Marketing & Corporate Strategy;

h.   **Camber**: Brett Barczak, Director, Corporate Accounts; Kon Ostaficiuk, President;

i.   **Citron**: Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

j.   **Corepharma**: Thomas Versosky, President; Christopher Worrell, CEO;

k.   **Dr. Reddy's**: Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Michael Allen, Vice President and Head, Rx Products, North America Generics;

l.   **Endo**: Brent Bumpas, National Account Director – Trade; Scott Littlefield, Trade Director;

m.   **Forest**: Paul Reed, Senior Director of Trade and Sales Development; Michael Reed, Executive Director, Trade Relations; John Shane, Director, Trade Relations;

n.   **G&W Laboratories**: Erika Baylor, Vice President, Sales & Marketing; Aaron Greenblatt, Chief Executive Officer; Kurt Orlofski, President & Chief Operating Officer;

o.   **Glenmark**: Jim Brown, Vice President of Sales; James Grauso, Executive Vice President, North America Sales;

p.   **Greenstone**: James Cannon, GM; Jill Nailor, Sr. Director Sales and National Account;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

q.   **Heritage**: Jeffrey Glazer, CEO;

r.   **Lupin**: Dave Berthold, SVP, Generics; Robert Hoffman, EVP, US Generics; Paul McGarty, President;

s.   **Mallinckrodt**: Ginger Collier, Sr. Director, Marketing; Walt Kaczmarek, COO; Kian Kazemi, VP Sales; Todd Killian, VP, Global Market Access; Jane Williams, VP Sales;

t.   **Mylan**: Joseph Duda, President; Anthony Mauro, Chief Commercial Officer; James Nesta, Vice President of Sales; Hal Korman, Executive Vice President and Chief Operating Officer; Robert Potter, Senior Vice President, North America and Channel Development; Rob O'Neill, Head of Sales; John Munson, Vice President Global Accounts Mylan;

u.   **Novartis**: David DiBernardino, Director, Customer Strategy and Planning; Paul Houseworth, Director, Sales Operations; Todd Hutsko, VP Sales; Ernesto Levy, Regional Marketing Head, Americas Region; Michael Conley, VP, Wholesaler/Retail Channels and Pharmacy Affairs; Gregory Oakes, SVP, U.S. Market Access, Primary Care & Established Medicines; Alan Ryan, Director, US Advocacy and Alliance Development;

v.   **Par**: Jon Holden, Vice President of Sales; Paul Campanelli, President; Renee Kenney, Senior Advisor, Generic Sales; Scott Littlefield, Trade Director (Endo); Brent Bumpas, National Account Director, Trade (Endo); Michael Altamuro, Vice President, Marketing and Business Analytics; Antonio Pera, Chief Commercial Officer;

w.   **Perrigo**: Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Andy Kjellberg, Vice President, Consumer Healthcare Sales; Jeff Needham, Executive Vice President and General Manager, Consumer Healthcare; Tony Polman, National Account Executive;

x.   **Pfizer**: Lou Dallago, VP US Trade Group; Paul Engel, Sr. Director/Team Leader; David Moules, VP, US Payer & Channel Customers; Walter Slijepcevich, Sr. Director, Pharmacy Development;

y.   **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; Rick Peterman, Director, Marketing; Randy Wilson, General Manager;

z.   **Sandoz**: Peter Goldschmidt, President Sandoz, US and Head, North America; Steven Greenstein, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Armando Kellum, Vice President, Sales and Marketing; Kirko

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Kirkov, Executive Director, Key Customers; Scott Smith, Vice President Sales and Marketing; Dave Picard, Vice President, Biosimilars and Injectables;

aa.   **Sun**: GP Singh Sachdeva, President (Sun Pharmaceuticals, USA); Steve Smith, Senior Director of Sales; Steven Goodman, Director Marketing, Generics;

bb.   **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Commercial Officer Generic RX, OTC, US and Canada; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer for Generic RX, OTC; Elizabeth Ivey, Vice President, Sales and Marketing;

cc.   **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; Allan Oberman, President and CEO Teva Americas Generics; Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; David Marshall, Vice President of Operations; Michael Reid, Vice President, Corporate and Retail Sales; Michael Sine, Director, Corporate Account Group;

dd.   **Upsher-Smith:** Mark Evenstad, CEO; Rusty Field, President; Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP Commercial Portfolio Management; Mike McBride, VP, Partner Relations;

ee.   **Valeant:** Thomas Allison, Senior Director of National Accounts; Eddie Andruss, Assoc. Director of National Accounts; Tricia Green, Senior Brand Manager; Jona Mancuso, Brand Manager; John Reed, Director, Marketing; Sultana Kazanas, National Account Manager; and

ff.   **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Scott Goldy, Director, National Account; Kevin Green, Vice President, National Accounts.

**MMCAP 2014 National Member Conference** – Bloomington, Minnesota (May 12-15, 2014):

a.   **Actavis:** Mark Blitman, Executive Director of Sales for Government Markets;

b.   **Apotex:** Bob Simmons, National Account Director;

c.   **Amneal:** Andy Cline, Account Executive;

d.   **Ascend:** Troy Devens, Director, National Accounts;

e.   **Breckenridge:** Scott Cohon, National Director of Sales;

f.   **G&W:** Jovany Andrade;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

    g.      **Greenstone**: China Gonzalez,

    h.      **Heritage**: Anne Sather, National Account Manager;

    i.      **Lannett**: Tracy Sullivan, National Account Manager;

    j.      **Mylan**: Janet Bell, Director, National Accounts;

    k.      **Perrigo**: Pete Hakenstad, National Account Manager;

    l.      **Teva**: Nick Gerebi, National Account Manager; and

    m.      **Upsher Smith**: Michelle Brassington, Sr. Regional Account Manager;

**GPhA Board of Directors Meeting**: - Washington, D.C. (May 29, 2014)



**HDMA 2014 Business and Leadership Conference** – JW Marriott Desert Ridge, Phoenix, Arizona (June 1-4, 2014):



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 107 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2014 Total Store Expo** – Boston Convention Center, Boston, Massachusetts (August 23-26, 2014):

    a.    **Actavis**: Andrew Boyer, President and CEO, North America Generics; David Buchan, Executive Vice President Commercial, North America Generics and International; Napolean Clark, Vice President of Marketing; Ashley Delponte, Manager, Trade Marketing, Sales and Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Megan Gorman, Senior Marketing Manager; Rob Hooper, Senior Marketing Manager; Randy Hurst, Senior Vice President and General Manager; Christina Koleto, Manager, Pricing Senior; Maureen Meehan; Director National Accounts; Paul Reed, Senior Director, Trade Sales and Development; Richard Rogerson, Senior Director New Products, Business Analytics and Systems; Violet Saakyan, Marketing Manager; Eric Schultz, Senior Marketing Manager; Cindy Stevens, Director of National Accounts; Nancy Baran, Director, Customer Relations; Kathleen Conlon, Director, Contract Administration; Mark Devlin, Senior Vice President, Managed Markets; Anthony Giannone, Executive Director, Sales; Christine Maiolo, Associate Director, Sales Operations; David Myers, Senior Manager, Products and Communications; Kaminie Persuad, Sales Coordinator; Michael Reed, Executive Director, Trade Relations; Allan Slavsky, Sales Consultant;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

b.  **Akorn:** Ed Bernios, VP, Sales & Marketing (Hi-Tech Pharm); Michael Corley, VP National Accounts; Scott Grossenbach, Director of Financial Operations; Thomas Kronovich, VP National Accounts; Bruce Kutinsky, COO; Mick McCanna, Raj Rai, CEO; John Sabat, SVP National Accounts; M. Tranter, National Accounts Manager Sales & Marketing;

c.  **Alvogen:** Michael Franks, Regional VP, Sales; Todd Graverson, Regional VP, Sales; Ron Liu; Jeffrey Rumler, EVP Sales & Marketing; David Thang;

d.  **Amneal:** Andy Cline, Account Executive; Ashton Elmore, Account Executive; David Hardin, National Account Manager; Liz Koprowski, National Account Manager; Allen Lowther, Director of Pricing; Jim Luce, EVP, Sales & Marketing; Brown Massey, Director Sales; June Parker National Accounts Manager; Chirag Patel, Co-CEO & Chair; Chintu Patel, CEO & Co-Chair; Shannon Rivera, VP Pricing & Analytics; Stephen Rutledge, VP Sales; Kammi Wilson, Marketing Manager;

e.  **Apotex**: Carlo Berardi, Sales; Tim Berry, National Account Manager; Gwen Copeland, National Accounts Manager; John Crawford, National Account Director; Sam Boulton, Director of National Accounts; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; David Kohler, Vice President and General Manager; Doug Kinna, Sales; Chirag Patel, Marketing Director, National Accounts; Debbie Veira, National Account Manager; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; Tina Kaus, National Account Director; James Van Lieshout, Senior Director, Commercial Operations; Christina De Lima, Marketing Analyst; Chirag Patel; Director, Marketing; Corey Anquetil; Director, Strategic Sales;

f.  **Ascend**: John Dillaway, EVP, Sales & Marketing; Amit Ghare, President, International Business; Jeffrey Katz, Medical Director; Venkatesh, Srinivasan, President & CEO; Schuyler Van Winkle, SVP, National Accounts;

g.  **Aurobindo:** Robert Cunard, CEO; Tim Gustafson, Director, National Accounts; Jon Kerr, Director, National Accounts; Paul McMahon, Senior Director, Commercial Operations; Ramprasad Reddy, Chairman Aurobindo Pharma Ltd;

h.  **Breckenridge:** Scott Cohon, Director of Sales; Sonia De La Rosa, Director, Business Development; Phil Goldstein, National Accounts Sales Director; Benjamin Hall, CEO; Larry Lapila, President; Joan Lyle, Director, National Accounts; Jim McManimie, SVP Sales; Diane Nazar, Director Sales Administration; Dave Nielsen, Director, Sales; Martin Schatz, SVP Sales;

i.  **Camber:** Briggs Arrington; Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; Kirk Hessels, Director of Marketing; Rich Matchett, Director Sales; Stu Messinger, Director National Accounts; Kon Ostaficiuk, President; Dan Piergies, Director Sales Operations; Amanda Rebnicky; Laura

Page 110 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Ricardo, Director of Corporate Accounts; Pete Romer, Director of National Accounts; John Segura, VP Marketing & Operations; Clayton Smith, Account Manager; Robert Weinstein;

j. **Citron:** Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

k. **DAVA:** Rich Franchi, VP Sales; Sherice Koonce, Sr. Director, Pricing & Contracts; Rick Pallokat, EVP Commercial Operations; Kim Rothofsky, Sr. Director, Trade Relations;

l. **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Nimish Muzumdar, Director of Marketing; Larry Knupp, Director of National Accounts; Umang Vohra, Executive Vice President and Head of North America Generics; Jake Austin, Director National Accounts; Stephanie Jomisko, Director, Contracts and Finance;

m. **Epic**: Nekela Bornell, Manager, Customer Service; Mike Lupo, VP Sales & Marketing; Ashok Nigalaye, Chair & CEO; Karen McSharry, Accounts Manager; Thomas Scono, VP Contracts;

n. **G&W Laboratories**: Erika Baylor, Vice President, Sales & Marketing; Lauren Connolly, National Account Manager; Aaron Greenblatt, Chief Executive Officer; Kevin Knarr, Vice President, Sales & Marketing; Kurt Orlofski, President & Chief Operating Officer; Michelle Sisco, Sales Analyst;

o. **Glenmark**: Jim Brown, Vice President, Sales; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Matt Van Allen, Senior Director, Commercial Operations;

p. **Greenstone**: James Cannon, GM; Christopher, Kutyla, Sr. Director, Business Alliance Team; Lori La Mattina, Sales Operations Manager; Jill Nailor, Sr. Director Sales and National Accounts; Thomas Nassif, Sr. Manager, Marketing & Strategy; Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Greg Williams, Director, National Accounts;

q. **Heritage**: Heather Beem, National Accounts Manager, Institutional; Katie Brodowski, Associate Director Institutional Sales; Matt Edelson, Senior Director of Sales; Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

r.  **Impax**: William Ball, Sr. National Account Manager (Global); Danny Darnell, Sr. National Accounts Manager (Global); Todd Engle, VP, Sales & Marketing (Global); Michael Grigsby, Sr. National Account Manager (Global); Gary Skalski, Sr. Director of Sales (Global); Chris Gerber, Director of Pricing and Contracts; Italo Pennella, Trade Account Manager; Dan Rozmiarek, Trade Account Manager;

s.  **Jubiliant Cadista**: John Boyd, Associate Product Manager; Scott Delaney Chief Comercial Officer; Mark Dudick, VP National Accounts; John Elliott; Associate Director, Marketing; Jaclyn Emershaw, Customer Support Associate; Kevin Fortier, Director, National Accounts; Neal Miller, Manager, National Accounts; Travis Roberts, VP Marketing & Corporate Strategy;

t.  **Lannett**: Justin McManus, Director, National Accounts; Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager;

u.  **Lupin**: Dave Berthold, SVP Generics; Kevin Brochhausen, Customer Service Supervisor; Bill Chase, Director, Market Access Specialty Products; Alicia Evolga, Director of Marketing; Jason Gensburger, Director, Financial Services; Robert Hoffman, EVP, US Generics; Dana Mariani, Associate Business Analyst; Paul McGarty, President; Lauren Walten, National Account Manager;

v.  **Mallinckrodt**: Lisa Cardetti, National Account Manager; Ginger Collier, Sr. Director, Marketing; Vanessa Harris, Sr. Director, Managed Markets and Trade; Walt Kaczmarek, COO; Kian Kazemi, VP Sales; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Trudy Nickelson, Dir. Key Accts, Generic Sales; Jane Williams, VP Sales;

w.  **Mayne**: Stefan Cross: President; Gloria Schmidt, Director of National Accounts; Chris Schneider, Executive Vice President, Generic Product Division; Melissa Gardner, National Account Executive;

x.  **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Joseph Duda, President; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Aigner, Director, National Accounts; Gary Tighe, National Accounts Director; Lance Wyatt, National Accounts Director; Michael Scouvart, Head of Marketing North America; John Baranick, Director, Trade Relations; Rameshwan Bhavsar, Manager, Managed Markets; Edgar Escoto, Director, National Accounts; Dawna Johnson, Coordinator, Sales and Marketing; Sherry Korczynski, Vice President, Epipen Marketing; Stephen Krinke, National Account Manager; James Nesta, Vice President, Sales; Heather Paton, Vice President Sales; Sean Reilly, National Account Manager; Tom Theiss, Director, Trade Relations; Kathleen Theiss, Manager;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

y.   **Novartis**: David DiBernardino, Director, Customer Strategy and Planning; Thomas Hann, Associate Director; Paul Houseworth, Director, Sales Operations; Todd Hutsko, VP Sales; Tara Moyna, Manager, Trade Promotions; Glenn Omanio, Director, Marketing; Michael Reinhardt, VP Sales; Donna Shih, Director, Sales Finance; Jason Tyler, Director, Drug & Wholesale, Robert Waldvogel, Director, Customer Supply Chain; Randy Ballard, Sr. Associate Director, National Accounts; Michael Conley, VP, Wholesaler/Retail Channels and Pharmacy Affairs; Cash Link, Segment Leader; Alan Ryan, Director, US advocacy and Alliance Development; Robin Selsor, Associate Director, National Accounts; Henry Slomkowski, Associate Director Trade Management;

z.   **Par**: Jon Holden, Vice President of Sales; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Renee Kenney, Senior Advisor, Generic Sales; Lori Minnihan, Manager, Pricing and Analytics; Charles "Trey" Propst, Vice President, National Accounts; Michael Reiney, Vice President, Sales; Jeremy Tatum, Demand Manager; Antonio Pera, Chief Commercial Officer; Michael Altamuro, Vice President, Marketing and Business Analytics; Karen O'Connor, Vice President, National Accounts; Warren Pefley, Vice President, Sales and Marketing; Sandra Bayer, Senior Director, National Accounts (Qualitest); Kelly Bachmeier, Director, National Accounts (Qualitest); Spike Pannell, National Account Manager (Qualitest); Walter Busbee, Director of National Accounts (Qualitest); Darren Hall, Director, National Accounts (Qualitest); Brent Bumpas, National Account Director, Trade (Endo); Scott Littlefield, Trade Director (Endo); Kevin O'Brien, Senior Director Payer Markets (Endo);

aa.   **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Ori Gutwarg, National Account Executive; H. James Booydegraaff, Associate Director, Marketing; Andy Kjeelberg, Vice President, Consumer Healthcare Sales; John Klingenmeyer, Vice President, Consumer Healthcare Sales; Katie McCormack, National Account Manager; Richard McWilliams, Senior Vice President and General Manager; Kristine Milbocker, Trade Relations Planner; Troy Pelak, Vice President, Consumer Healthcare Sales; Tony Polman, National Account Executive; Michael Yacullo, Vice President, Consumer Healthcare Sales; Tom Zimmerman, Vice President and General Manager; Jon Baker, Vice President, Consumer Healthcare Sales; Monica Giraldo-Alzate, Assistant Category Manager; Kristine Norman, Account Executive;

bb.   **Pfizer**: Robert Catanzanti, Sales Lead; Steve DiPietro, Customer Team Lead; Jennifer Foley, Sales Lead; Tom Kitzinger, VP, Sales – Key Accounts; George Leone, Sales Lead; Anthony Luciano, VP, Sales Strategy & Shopper; Lisa Paley, Chief Customer Officer; Greg Pukas, Director Rx to OTC Switch; Amy Reibrich;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Sales Lead; Richard Rezek, Sales Streetegy Director; Sheila Rose, Sr. Director, Customer Care; Kristin Smith, Sr. Manager, Sales Comms & Trade Relations; Mark Stevens, Team Leader; Justin Weigold, Customer Team Manager; Robert Costa, Director; Lou Dallago, VP, US Trade Group; Hope Emerson, Director, Strategy & planning US Trade Group; Paul Engel, Sr. Director/Team Leader; Manley Fong, Director, Trade Account Management; Schnell Hart, Director, Trade Account Management; Farinaz Hashernifard, Director, Strategy, Planning and Operations; Neil Potter, Director, Team Leader, Trade Channel Marketing; Solimar Rivera, Trade Manager; Walter Sljepcevich, Sr. Director, Pharmacy Development; John Walsh, Director, Trade Group; Gilbert White, Director, Trade Account Management;

cc.  **Rising**: Scott Goerner, VP Sales; Paul Krauthauser, SVP Sales & Marketing; Patricia MacBride, National Accounts Manager, Managed Markets; Satish Srinivasan, President & COO; Kevin Walker, National Account Manager; Mike White, Director Sales;

dd.  **Roxane:** Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; John Kline, National Account Director; Rick Peterman, Director, Marketing; Michael Plessinger, Director of Marketing; Joseph Ruhmel, Vice President, Sales & Marketing; Steve Snyder, National Account Director;

ee.  **Sandoz**: Lisa Badura, Director, Key Customers; Christopher Bihari, Director, Key Customers; Steven Greenstein, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Armando Kellum, Vice President, Sales and Marketing; Della Lubke, National Account Executive; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Kenneth Baker, Director, Managed Markets;

ff.  **Sun**: Susan Knoblauch, Senior Manager, Sales; Grace Shen, Vice President, Marketing; GP Singh Sachdeva, President (Sun Pharmaceuticals, USA); Donna Hughes, National Account Manager; Steven Smith, Senior Director of Sales; Steven Goodman, Director of Generics Marketing; Anand Shah, Director, Strategic Pricing and Marketing; Jolene McGalliard, National Account Manager; Wayne Fallis, Director, National Accounts;

gg.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Scott Brick, Manager, National Accounts; Kevin Kriel, Executive Director, Marketing and Business Development, US and Canada; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer Generic Rx OTC;

hh.  **Teva**: David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Kevin

Page 114 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Jennifer Chang, Director, Marketing; Theresa Coward, Senior Director Sales and Trade Relations; Dan Driscoll, Vice President Institutional Sales and Marketing; Cassie Dunrud, Associate Director, National Accounts; Kayla Kelnhofer, National Account Executive; Tim McFadden, Vice President, Marketing; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Grossman, Associate Director; Jennifer King, Director, New Product Marketing; Jason Nagel, Associate Director;

ii. **Torrent**: Jim Devers, VP Sales; Kelly Gegenheimer, VP Sales; Lokesh Kalra, CFO; Chip McCorkle, Director, National Accounts; Noopur Shah, Product Manager;

jj. **Upsher-Smith:** Jennifer Colvin, VP, Marketing; Chris Evenstad, Director, Ventures Marketing; Tina Fehr, Associate Director, Consumer Products; Rusty Field, President; JoAnn Gaio, Sr. National Account Manager; Emily Harris, Product Manager; Scott Hussey, SVP Sales; Kathy Leith, Associate Director, CNS Products; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Products; Mike McBride, VP Partner Relations; Michael Muzetras, Sr. national Account Manager; Chad Olson, Director, Generic Products; Beth Pannier, Sr. National Account Manager; Mary Rotunno, National Account Manager; Carlton Swan, Sales; Marilyn Swanson, Product Manager; Sami Yusuf, Sr. Director, Corporate Development; Dave Zitnak, National Accounts Sr. Director – Trade; Doug Zitnak, National Accounts Sr. Director – Trade;

kk. **Valeant:** Thomas Allison, Senior Director of National Accounts; Dean Cowen, National Account Director; Laizer Kornwasser, EVP & Company Group Chairman; Todd LaRue, Vice President of Sales, U.S.; Brian Phillips, Senior Director of Sales; Barbara Purcell, VP US Generics Sales & Marketing; Elva Ramsaran, National Account Director, John Reed, Director, Marketing, Cerave; Natalie Rush, Director, Trade Relations; Steve Saxheli, Director, National Accounts;

ll. **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Joel Rosenstack, Senior Director, Marketing; Elizabeth Guerrero, Director, National Accounts; Paul Markowitz, Director, National Accounts; Doug Statler, Senior Director, Head of Sales; Tom Ross, Managed Care Account Manager; and

mm. **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer and Executive Director; Elizabeth Purcell, Senior Director, Marketing and Portfolio Management; Joseph Renner, President and Chief

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Executive Officer; Kristy Ronco, Vice President, Sales; Maria Bianco-Falcone, Senior Director Contracting.

**GPhA Board of Directors Meeting:** - Washington, D.C. (September 8, 2014)



**HDMA 2014 Annual Board and Membership Meeting** – Montage, Laguna Beach, California (September 27 – October 1, 2014):



Page 116 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**GPhA Board of Directors Meeting: -** Washington D.C. (December 3, 2014)

**NACDS 2014 Foundation and Reception Dinner** – New York, New York (December 3, 2014):

    a.    **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Brent Saunders, President, CEO and Chairman; Mark Devlin, Senior Vice President, Managed Markets; Paul Reed, Senior Director, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

 b. **Apotex**: James Van Lieshout, Vice President Sales and Senior Director, Commercial Operations; Tim Berry, National Account Manager; Sam Boulton, Director, National Accounts; James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager;

 c. **Mylan**: Anthony Mauro, Chief Commercial Officer; Robert Potter, Senior Vice President North America National Accounts and Channel Development; Edgar Escoto, Director, National Accounts; Michael Aigner, Director National Accounts;

 d. **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales;

 e. **Sandoz**: Armando Kellum, Vice President, Sales and Marketing; Scott Smith, Vice President, Sales and Marketing;

 f. **Valeant**:  Todd LaRue; VP of Sales, US; and

 g. **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Jessica Peters, Director National Accounts; Christine Baeder, Senior Director, Customer Operations.

**GPhA Board of Directors Meeting**: - Miami, Florida. (February 9, 2015)



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**GPhA 2015 Annual Meeting** – Miami, Florida (February 9-11, 2015):

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**HCSCA National Pharmacy Forum** – Marriott Waterside Hotel and Marina, Tampa, Florida (February 16-18, 2015):

d.   **Actavis**: John Fallon, Executive Director of Sales;

e.   **Breckenridge**: David Giering, Manager, Marketing & Trade Relations;

f.   **Mallinckrodt**: Frank Cholaj, Sr. Director, Corporate Account Solutions; Taryn Church, Sr. Director, Corporate Account Solutions; Ben Erickson, National Direcot, Corporate Account Solutions;

g.   **Mylan:** Lee Rosencrance, District Manager; Martin Wingerter, Director of National Accounts; Janet Bell, Director of National Accounts; Mark Pittenger, Senior Director of National Accounts; Heather Paton, Vice President, Institutional Sales;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

h.     **Teva:** Brad Bradford, Director of National Accounts; Jeff McClard, Senior Director of National Accounts; Nick Gerebi, Director of National Accounts, Cam Bivens, Director of National Accounts; and

i.     **West-Ward:** Neal Gervais, National Account Director; Joseph Schrick, Director, National Accounts; Anthony Massaro, Associate Product Manager; Mark Zampella, Director, National Accounts.

**ECRM 2015 Retail Pharmacy Efficient Program Planning Session** – Hilton Beach Golf Resort and Spa, Destin, Florida (February 22-25, 2015):



**PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



Page 124 of 143

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



**HDMA 2015 Annual CEO Roundtable Fundraiser** – New York, New York (April 14, 2015)

Page 126 of 143

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2015 Annual Meeting** – The Breakers, Palm Beach, Florida (April 25-28, 2015):

a. **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Robert Stewart, Chief Operating Officer; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; Daniel Motto, Senior Vice President, Global Business Development; Sanjiv Patel, Chief Vice President, Allergan Global Strategic Market; Brent Saunders, President and CEO; Mark Devlin, Senior Vice President, Managed Markets; William Meury, Executive Vice President Branded Pharmaceuticals; Paul Reed, Senior Director, Trade Sales and Development;

b. **Akorn**: Bruce Kutinsky, COO; Raj Rai; CEO; Carla Trepelkin, Sr. Manager, Corporate Marketing & Marketing Services;

c. **Apotex**: Corey Anquetil, Director Strategic Sales, North America; Sam Boulton, Director, National Accounts; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager; Peter Hardwick, Senior Vice President, Sales and Marketing; Steven Lydeamore, President, Global Specialty Pharma; Eric Organ, Vice President, Commercial Operations; James Van Lieshout, Vice President, Market Access; Jeff Watson, Global Generics;

d. **Ascend**: John Dillaway, EVP, Sales & Marketing; Schuyler Van Winkle, SVP, National Accounts; Greg Watkins, VP National Accounts;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

e.  **Breckenridge**: Brian Guy, VP Business Development; Larry Lapila, President; Martin Schatz, SVP Sales;

f.  **Camber**: Brett Barczak, Director, Corporate Accounts; Victor Mazzacone, VP Sales; Kon Ostaficiuk, President;

g.  **Citron**: Vimal Kavuru, CEO; Laura Short, VP Sales; Karen Strelau, EVP Sales & Marketing:

h.  **Dr. Reddy's:** Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Michael Allen, Vice President, Global Pharmaceutical Sourcing; Milan Kalawadia, Vice President, Head of US OTC Division;

i.  **Endo:** Brent Bumpas, National Account Director – Trade; Scott Littlefield, Trade Director;

j.  **G&W Laboratories**: Darren Atkins; VP Business Development & Alliance Management; Erika Baylor; Vice President, Sales & Marketing; Aaron Greenblatt; Chief Executive Officer; Kurt Orlofski; President & Chief Operating Officer**;**

k.  **Glenmark**: Jim Brown, Vice President, Sales; James Grauso, Executive Vice President;

l.  **Greenstone**: Jill Nailor, Sr. Director Sales & National Accounts; John Ocejo, Sr. Director, Customer Support Services;

m.  **Impax**: Doug Boothe, President Generics Division;

n.  **Mallinckrodt**: Walt Kaczmarek, COO; Kian Kazemi, VP Sales; Marc Montgomery, Director of Marketing;

o.  **Mylan**: Robert Potter, Senior Vice President, National Accounts and Channel Development; Rob O'Neill, Head of Sales; Anthony Mauro, Chief Commercial Officer; Robert Tighe, National Accounts Director; John Munson, Vice President Global Accounts; James Nesta, Vice President, Sales;

p.  **Novartis**: Mark Blazejewski, Director, Pharmacy Customer Marketing; Michael Conley, VP, Wholesale/Retail Channels & Pharmacy Affairs; Robin Selson, Associate Director, National Accounts; Robert Spurr, US Country Head and VP Patient Access & Health Policy;

q.  **Par**: Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Antonio Pera, Chief Commercial Officer;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

r.  **Perrigo**: Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Andy Kjellberg, Vice President, Consumer Healthcare Sales; Jeff Needham, Executive Vice President and General Manager, Consumer Healthcare; Colter Van Stedum, Vice President Rx Strategic Business Alliances, Corporate Development; Michael Yacullo, Vice President, Consumer Healthcare Sales;

s.  **Pfizer**: Robert Catanzanti, Sales Lead; Stefano Curti, Global President, Marketing and R&D; Steve DiPietro, Customer Team Lead; Jennifer Foley, Sales Lead; Tom Kitzinger, VP, Sales – Key Accounts; Kevin Macero, Sales Lead; Lisa Paley, Chief Customer Officer; Greg Pukas, Director Rx to OTC Switch; Amy Reibrich; Sales Lead; Kristin Smith, Sr. Manager, Sales Comms & Trade Relations; Mark Stevens, Team Leader; Suneet Varma, President & GM; Patricia Walsh, Sr. Director, PCH NA BT; Lou Dallago, VP, US Trade Group; Paul Engel, Sr. Director/Team Leader; David Moules, VP US Payer & Channel Customers; Walter Sljepcevich, Sr. Director, Pharmacy Development;

t.  **Roxane:** Christopher Bonny, Executive Director, Commercial Business Development; Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; Rick Peterman, Director, Marketing; Randy Wilson, General Manager;

u.  **Sandoz**: Peter Goldschmidt, President Sandoz US and Head, North America; Armando Kellum, Vice President, Sales and Marketing; Scott Smith, Vice President, Sales and Marketing; Arunesh Verma, Executive Director, Marketing; Anuj Hasija, Executive Director, Key Accounts; Kirko Kirkov, Executive Director, Key Customers;

v.  **Sun**: Steven Smith, Senior Director of Sales; Anand Shah, Director, Strategic Pricing and Marketing; Dan Schober, Vice President, Trade Sales;

w.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Commercial Officer, Generics RX, OTC US and Canada;

x.  **Teva**: Christine Baeder, Senior Vice President, Customer and Marketing Operations; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Theresa Coward, Senior Director Sales and Trade Relations; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Teva Canada; Adam Levitt, Senior Vice President, Commercial Operations; Brenden O'Grady, President and CEO, North America; Michael Reid, Vice President, Corporate and Retail Sales;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

y.    **Upsher-Smith:** Jennifer Colvin, VP Marketing; Mark Evenstad, CEO; Rusty Field, President; Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Jim Maahs, VP, Commercial Portfolio Management; Chad Martinson, CFO; Mike McBride, VP Partner Relations;

z.    **Valeant:** Thomas Allison; Senior Director of National Accounts; Dean Cowen; National Account Director; Laizer Kornwasser; EVP & Company Group Chairman; Todd LaRue; Vice President Of Sales, U.S.; Brian Phillips; Senior Director Of Sales; Barbara Purcell; VP US Generics Sales & Marketing;

aa.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Doug Statler, Senior Director, Head of Sales; Joel Rosenstack, Senior Director, Marketing; and

bb.   **Zydus:** Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales.

**GPhA Board of Directors Meeting:** - Washington, D.C. (May 28, 2015)



**HDMA 2015 Business and Leadership Conference** – San Antonio, Texas (June 7-10, 2015):

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**



**NACDS 2015 Total Store Expo** – Denver, Colorado (August 22-25, 2015):

    a.    **Actavis**: Andrew Boyer, President and CEO, North America Generics; Napolean Clark, Vice President of Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Megan Gorman, Senior Marketing Manager; Rob Hooper, Senior Marketing Manager; Randy Hurst, Senior Vice President and General Manager; Maureen Meehan; Director National Accounts; Richard Rogerson, Senior Director New Products, Business Analytics and Systems; Kathleen Conlon, Director, Contract Administration; Anthony

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Giannone, Executive Director, Sales; David Myers, Senior Manager, Products and Communications; Kaminie Persuad, Sales Coordinator; Allan Slavsky, Sales Consultant; Richard Rogerson, Senior Director New Products; Alexis Evolga, Manager, Pricing;

b. **Akorn**: Scott Grossenbach, Director of Financial Operations; Jonathan Kafer; EVP, Sales & Marketing; Bruce Kutinsky, Chief Operating Officer; Mick McCanna, Executive Director of National Accounts; Brett Novak, SVP, Sales & Marketing; M. Tranter, National Accounts Manager, Sales & Marketing; Carla Trepelkin, Sr. Manager, Corporate Marketing and Marketing Services;

c. **Alvogen**: Michael Franks, Regional VP, Sales; Todd Graverson, Regional VP, Sales; Jeffrey Rumler, EVP Sales & Marketing;

d. **Amneal**: Andy Cline, Account Executive; Ashton Elmore, Account Executive; David Hardin, National Accounts Manager; Liz Koprowski, National Account Manager; Allen Lowther, Director of Pricing; Jim Luce, EVP, Sales & Marketing; Brown Massey, Director Sales; June Parker, National Accounts Manager; Chirag Patel, Co-CEO & Chair; Shannon Rivero, VP, Pricing & Analytics; Stephen Rutledge, VP Sales; Kammi Wilson, Marketing Manager;

e. **Apotex**: Corey Anqueil, Director, Strategic Sales, North America; Michael Bohling, Director, Marketing; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Beth Hamilton, Vice President, Marketing; Jeffrey Hampton, Senior Vice President and General Manager; Tina Kaus, National Account Director; Ryan Kelly, Manager, National Accounts; Chirag Patel, Director, Marketing; Bob Simmons, National Account Director; Debbie Veira, National Account Manager; Pat Walden, Senior Marketing Manager; Jane Williams, National Account Director; Sam Boulton, Director, National Accounts; Erin Organ, Vice President, Commercial Operations; Olivia Smith, Marketing Communications Coordinator;

f. **Ascend**: John Dillaway, EVP, Sales & Marketing; Jenny Fox, Director of National Accounts; Vankatesh Srinivasan, President & CEO; Schuyler Van Winkle, National Accounts; Kylan Ward, Director of National Accounts; Greg Watkins, VP, National Accounts;

g. **Aurobindo**: Robert Cunard, CEO; Mitchell Goldberg, Director, Marketing; Tim Gustafson, Director, National Sales; Jon Kerr, Director, National Sales; Paul McMahon, Sr. Director, Commercial Operations; Crystal Mechler, Director, National Accounts; Ramprasad Reddy, Chair (Aurobindo Pharma Ltd.); Patrick Santangelo, Sr. Director, Sales Administration;

h. **Breckenridge**: Scott Cohon, Director of Sales; Sonia De La Rosa, Director, Business Development; David Giering, Manager, Marketing & Trade Relations; Phil Goldstein, National Accounts Sales Director; Benjamin Hall, CEO; Larry

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Lapila, President; Joan Lyle, Director, National Accounts; Jim McManimie, SVP Sales; Diane Nazar, Director, Sales Administration; Dave Nielsen, Director, Sales; Martin Schatz, SVP Sales;

i. **Cadista:** Mark Dudick, VP National Accounts; John Elliott, Associate Director, Marketing; Kevin Fortier, Director, National Accounts; Mark Greene, Director, National Accounts; Neal Miller, Manager, National Accounts; Travis Roberts, VP Marketing & Corporate Strategy; GP Singh Sachdeva, CEO Jubilant Pharma; Deborah Smith, Marketing Coordinator;

j. **Camber**: Brett Barczak, Director, Corporate Accounts; Megan Becker, Marketing Manager; James Haselton, National Sales Associate; Kirk Hessels, Director of Marketing; Rich Matchett, Director, Sales; Victor Mazzacone, VP Sales; Stu Messinger, Director of National Accounts; Kon Ostaficiuk, President; Laura Ricardo, Director of Corporate Accounts; Pete Romer, Director of National Accounts; Clayton Smith, Account Manager; Edward Smith, Director, Sales Operations;

k. **Citron**: Kaitlin Alexander, Corporate Account Specialist; Vimal Kavuru, CEO; Susan Knoblauch, Director National Accounts; Ravi Sachdev Baeringer, Advisor; Laura Short, VP Sales; Karen Strelau, EVP Sales & Marketing;

l. **Dr. Reddy's**: Victor Borelli, Vice President and Head, National Accounts, North America Generics; Larry Knupp, Director of National Accounts; Jake Austin, Director National Accounts; Ashish Girota, Assoc. Director, Strategic Planning; Jeff Jorgenson, Director OTC National Accounts; Jinping McCormick, VP, RX Marketing, Generics, US; Cynthia Medalle, Sr. Director, Head Specialty Rx; Katherine Neely, Associate Director Rx Generics; James Park, Director, Rx Marketing; David Vitols, Director, National Accounts – OTC; Patricia Wetzel, Sr. Director, National Accounts, Rx Med-West;

m. **Endo**: Brent Bumpas, National Account Director-Trade; Scott Littlefield, Trade Director;

n. **Epic**: Nekela Bornell, Manager, Customer Service; Mike Lupo, VP, Sales & Marketing; Ashok Nigalaye, Chair & CEO; Thomas Scono, VP of Contracts;

o. **G&W Laboratories:** Erika Baylor; Vice President, Sales & Marketing; Aaron Greenblatt; Chief Executive Officer; Kurt Orlofski; President & Chief Operating Officer; Michelle Sisco; Sales Analyst;

p. **Glenmark**: Jim Brown, Vice President, Sales; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Sanjeev Krishan, Executive Vice President; Robert Matsuk, President, North America;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

q.    **Greenstone**: James Cannon, General Manager; Cynthia Dever, Sr. Manager, Marketing & Strategy; Lori La Mattina, Sales Operations Manager; Jill Nailor, Sr. Director Sales and National Accounts; Robin Strzeminski, National Account Director; Kevin Valade, National Account Director; Greg Williams, Director, National Accounts;

r.    **Heritage**: Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager;

s.    **Impax (Global Pharm**): William Ball, Sr. National Account Manager; Danny Darnell, Sr. National Accounts Manager; Todd Engle, VP, Sales & Marketing; Michael Grigsby, Sr. National Acocunt Manager; Italo Pennella, Trade Account Manager; Thomas Sammler, Head, Sales & Marketing;

t.    **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager; Michael Bogda, President; Breanna Stillman, Sales Analyst; Grace Wilks, Director, National Accounts;

u.    **Lupin**: Dave Berthold, SVP Generics; Kevin Brochhausen, Customer Service Supervisor; Bill Chase, Director, Market Access Specialty Products; Alicia Evolga, Director of Marketing; Jason Gensburger, Director, Financial Services; Robert Hoffman, EVP, US Generics; Esther Hwang, Sales & Marketing Coordinator; Paul McGarty, President; Kevin Walker, National Account Manager; Lauren Walten, National Account Manager;

v.    **Mallinckrodt**: Lisa Cardetti, National Account Manager; Michael Holmes, National Director, Corporate Account Solutions; Walt Kaczmarek, Chief Operating Officer; Kian Kazemi, VP Sales; Marc Montgomery, Director of Marketing; Bonnie New, National Account Manager; Trudy Nickelson, Dir. Key Accounts, Generic Sales; Roberg Own, VP Business Operations; Elva Ramsaran, National Account Director; Jane Williams, VP Sales;

w.    **Novartis**: Randy Ballard, Sr. Associate Director, National Accounts; Michael Conley; VP, Wholesaler/Retail Channels and Pharmacy Affairs; Shannon Klocke, Associate Director, USMM; Robin Selsor, Associate Director, National Accounts;

x.    **Mayne**: Chris Schneider, Executive Vice President, Generic Product Division; Melissa Gardner, National Account Executive; Rodney Emerson, Director Pricing and Contracts; Gloria Schmid, Director of National Accounts;

y.    **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Aigner, Director, National Accounts; Gary Tighe, National Accounts Director; Michael Scouvart, Head of Marketing North America; Dawna Johnson, Coordinator, Sales and Marketing; James Nesta, Vice

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

President, Sales; Heather Paton, Vice President Sales; Sean Reilly, National Account Manager; Joe Aigner, Director, National Accounts; Edgar Escoto, Director, National Accounts; Sean Foster, Vice President, North America Marketing; Becky Gamble, Vice President, Managed Markets; John Shane, Director, Trade Relations;

z. **Par**: Jon Holden, Vice President of Sales; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Lori Minnihan, Manager, Pricing and Analytics (Qualitest); Charles "Trey" Propst, Vice President, National Accounts (Qualitest); Michael Reiney, Vice President, Sales (Qualitest); Jeremy Tatum, Director Market Insights (Qualitest); Antonio Pera, Chief Commercial Officer; Michael Altamuro, Vice President, Marketing and Business Analytics; Karen O'Connor, Vice President, National Accounts; Warren Pefley, Vice President, Sales and Marketing (Qualitest); Sandra Bayer, Senior Director, National Accounts (Qualitest); Kelly Bachmeier, Director, National Accounts (Qualitest); Spike Pannell, National Account Manager (Qualitest); Walter Busbee, Director of National Accounts (Qualitest); Darren Hall, Director, National Accounts (Qualitest);

aa. **Perrigo**: Pete Haakenstad, National Account Manager; H. James Booydegraaff, Associate Director, Marketing; Katie McCormack, National Account Manager; Tony Polman, National Account Executive; Andrea Felix, National Account Executive; Paul Hoeksema, Manager, Corporate Accounts; John Shane, Rx Promotional Analyst; John Wesolowski, Acting General Manager; Doug Boothe, President, Generic Division; Christopher Karpral, Senior Vice President, Consumer Healthcare Sales; Andy Kjellberg, Vice President Consumer Healthcare Sales; Mark Walin, Vice President Consumer Healthcare Sales; Michael Yacullo, Vice President Consumer Healthcare Sales;

bb. **Pfizer**: Robert Costa, Directo; Lou Dallago, VP US Trade Group; Hope Emerson, Director, Strategy & Planning US Trade Group; Paul Engel, Sr. Director/Team Leader; Manley Fong, Director, Trade Account Management; Schnell Hart, Director, Trade Account Management; Neil Potter, Director, Team Leader, Trade Channel marketing; Matt Schroeder, Sr. Manager, Trade Channel Manager; David Searle, Director, Pharmacy Development; Walter Slijepcevich, Sr. Director, Pharmacy Development; John Walsh, Director, Trade Group; Gilbert White, Director, Trade Account Management;

cc. **Rising**: Steven Greenstein, VP Sales; Paul Krauthauser, SVP Sales & Marketing; Patricia MacBride, National Accounts Manager, Managed Markets; Connie Pak, Associate Director, Marketing; Satish Srinivasan, President & COO;

dd. **Roxane:** Christopher Bonny, Executive Director, Commercial Business Development; Mark Boudreau, Executive Director, Sales; Paul Kersten, VP General Manager; John Kline, National Account Director; Chris Ludgis, Contract

**PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Operations Manager; Rick Peterman, Director, Marketing; Michael Plessinger, Director of Marketing; Joseph Ruhmel, Vice President, Sales & Marketing; Steve Snyder, National Account Director;

ee. **Sandoz**: Christopher Bihari, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Kenneth Baker, Director, Managed Markets; Kirko Kirkov, Executive Director, Key Customers; Frank Davey, Director; Harmonie Franklin, Director, William Giannone, Associate Director, Key Customers; Jason Jones, Director, Key Customers; Bilal Khan, Director, Key Customers; Della Lubke, National Account Executive; Tom Parker, Marketing Director; Chad Schwinn, Director, Key Accounts; Andrew Wahba, Associate Director, Key Customers;

ff. **Sun**: Steven Smith, Senior Director of Sales; Steven Goodman, Director of Generics Marketing; Anand Shah, Director, Strategic Pricing and Marketing; Jolene McGalliard, National Account Manager; Steven Goodman, Director Marketing; Blynda Masters; Director, Customer Service; Dan Schober, Vice President, Trade Sales; Michael Tolusso, Director, Sales;

gg. **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Scott Brick, Manager, National Accounts; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer Generic Rx OTC; John Francis, Vice President, Sales and Marketing; Stephen Jones, Director, Supply Chain; Lisa Pehlke, Director, Corporate Accounts; Richard Trevor, Corporate Accounts Director;

hh. **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Theresa Coward, Senior Director Sales and Trade Relations; Cassie Dunrud, Associate Director, National Accounts; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Nagel, Associate Director; Michelle Osmian, Senior Director Customer Service; John Wodarczyk, Director, Customer Operations; Robert Neild, Associate Director, Customer Operations;

ii. **Torrent**: Jim Devers, VP, Sales; Kelly Gegenheimer, VP, Sales; Sanjay Gupta, President & CEO; Chip McCorkle, Director, National Accounts; Samir Mehta; Noopur Shah;

jj. **Upsher-Smith:** Donald Ammorosi, VP; Jennifer Colvin, VP, Marketing; Denise Dolan, Associate Director, Core Brands and Generic Products; Chris Evenstad,

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

Director, Ventures Marketing; Tina Fehr, Associate Director, Consumer Products; Rusty Field, President; Rich Fisher, VP, Business Development; JoAnn Gaio, Sr. National Account Manager; Scott Hussey, SVP Sales; Brad Leonard, Sr. Director of National Accounts; Mike McBride, VP Partner Relations; Michael Muzetras, Sr. national Account Manager; Chad Olson, Director, Generic Products; Beth Pannier, Sr. National Account Manager; Sarah Shannon, Manager, Generic Portfolio; Marilyn Sanson, Product Manager; Sami Yusuf, Sr. Director, Corporate Development; Dave Zitnak, National Accounts Sr. Director – Trade; Doug Zitnak, National Accounts Sr. Director – Trade;

kk.  **Valeant:** Thomas Allison, Senior Director of National Accounts; Dean Cowen, National Account Director; Todd LaRue, Vice President Of Sales, U.S.; Michelle Nilsson, Associate Sales Director; Brian Phillips, Senior Director Of Sales; Barbara Purcell, VP US Generics Sales & Marketing; Natalie Rush, Director, Trade Relations; Steve Sacheli, Director, National Accounts; Brian Stolz, Senior VP, Generics;

ll.  **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Joel Rosenstack, Senior Director, Marketing; Elizabeth Guerrero, Director, National Accounts; Nicki Hanson, Director of Sales, National Accounts; Ernesto Cividanes, Manager, Trade Relations; and

mm.  **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer and Executive Director; Joseph Renner, President and Chief Executive Officer; Kristy Ronco, Vice President, Sales.

**HDMA 2015 Annual Board and Membership Meeting** – Montage, Laguna Beach, California (September 27-30, 2015):



**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**GPhA Board of Directors Meeting:** - Washington, D.C. (October 14, 2015)

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**HDMA International Pharmaceutical Distribution Conference:** (November 12-13, 2015)

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

**GPhA Board of Directors Meeting:** - Washington, D.C. (December 2, 2015)



**NACDS 2015 Foundation Reception and Dinner** – New York, New York (December 3, 2015):

a. **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Anthony Giannone, Executive Director, Sales;

b. **Amneal**: Chirag Patel, President and Co-Chair; Jim Luce, EVP Sales & Marketing;

c. **Apotex**: James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager; Steve Giuli, Director, Government Affairs;

d. **Dr. Reddy's:** Jinping McCormick, VP Sales & Marketing, Retail Rx Products, NA Generics; Victor Borelli, VP Sales, NA Generics; Milan Kalawadia, VP Head of US OTC Divisions; Alok Sonig, EVP and Head NA;

e. **Mallinckrodt**: Walt Kaczmarek, President, Multi-Source Pharmaceuticals; Kian Kazemi, VP Sales;

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

**IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**
**EPP COMPLAINT EXHIBIT A: TRADE ASSOCIATION ATTENDANCE**

    f.    **Mylan**; Mike Aigner, National Account Director; Edgar Escoto, Director National Accounts; Angela Lanham, Manager Customer Relations; Tony Mauro, Chief Commercial Officer; Jim Nesta, VP National Accounts; Bob Potter, SVP Sales & Marketing; Bob Tighe, CFO; Christine Waller, Head of NA Communications;

    g.    **Par**: Jon Holden, VP Sales; Tony Pera, Chief Commercial Officer;

    h.    **Pfizer**: Rich Rezek, Sr. Director Sales Strategy; Lou Dallago;

    i.    **Roxane**: Joseph Ruhmel, Vice President, Sales & Marketing;

    j.    **Sandoz**: Greg Oakes, VP & Head, Biopharmaceuticals, NA; Scott Smith, Vice President, Sales and Marketing; Robert Spina, Vice President, Pricing and Contracts;

    k.    **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Allan Slavsky, Sales Consultant; Christine Baeder, Senior Director, Customer Operations; and

    l.    **Valeant:** Thomas Allison, Senior Director of National Accounts; Todd LaRue, Vice President of Sales, U.S.

**PUBLIC VERSION**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**