**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL END-PAYER ACTIONS*** | **CIVIL ACTION NO.**<br>**19-CV-06011-CMR** |

### END-PAYER PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR SEPTEMBER 4, 2020 MULTI-DRUG COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), End-Payer Plaintiffs ("EPPs") respectfully seek leave to amend their first amended complaint that was filed on September 4, 2020 in MDL 2724.

The proposed amendment seeks to correct and expand certain allegations in the existing complaint in response to new information obtained by EPPs.

The factual and legal bases for the motion are set forth in the attached End-Payer Plaintiffs' Memorandum of Law in Support of Their Motion for Leave to Amend.

EPPs conferred with Defendants and they have not consented to the motion.

WHEREFORE, End Payer Plaintiffs respectfully request the Court grant this motion.

DATED: December 15, 2020

Respectfully submitted,

  /s/  Roberta D. Liebenberg   
Roberta D. Liebenberg
**Fine, Kaplan and Black, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565

**Lead Counsel for End-Payer Plaintiffs**