**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE<br><br>CIVIL ACTION NO.<br>19-CV-06011-CMR |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL END-PAYER ACTIONS* | |

**[PROPOSED] ORDER**

**TO THE CLERK:**

      **AND NOW**, this _____ day of _____, 2020, upon consideration of the End-Payer Plaintiffs' Motion for Leave to Amend Their September 4, 2020 Multi-Drug Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**.

                                        **BY THE COURT:**

                                        _____
                                        **CYNTHIA M. RUFE, J.**